*C·*   COUNTY
ADMINISTRATOR

*To:* COUNTY ATTORNEY

BOARD OF COUNTY
COMMISSIONERS
SARASOTA, FL

**STATE OF FLORIDA**

2017 JAN 18   PM 12 22

**CIRCUIT COURT FOR THE COUNTY OF SARASOTA**

**JAMES P LAMANCUSA**              CASE NO. 2017 CA 000261 NC

    **Plaintiff**                   Hon. Frederick Mercurio

v

**COUNTY OF SARASOTA**

**Board of County Commissioners**

    **Defendant**

_____/

_____

James P Lamancusa, P.E.
Plaintiff, In Pro Per
1908 SE 43rd St Apt 105
Cape Coral, FL  33904

_____Attorney for Defendant
_____Organization Name
_____Address 1
_____Address 2
_____ City, State, Zip Code
_____Phone Number

**Equal Employment Opportunity Complaint by Complainant, James P Lamancusa, Employment Applicant (multiple applications) to Sarasota County BCC,**

**Against Sarasota County BCC, Defendant/Past and Potential Future Employer to James P Lamancusa**

**James P Lamancusa v Sarasota County BCC, Filing of Complaint in Circuit Court, 01-16-2017**

James P Lamancusa, the Plaintiff, hereby files an official complaint against the State of Florida, County of Sarasota, Board of County Commissioners (BCC), the Defendant, for violating the Plaintiff's rights under the The Age Discrimination in Employment Act of 1967 (ADEA)

Outline of Filing:

I.       The Law on This Matter (pages 1 – 10)
II.      The Plaintiff's Specific Allegations (page 11)
III.     Damages Sought by the Plaintiff (page 11 – 12)
IV.      Plaintiff's Demand for a Jury Trial (page 12)
V.       Plaintiff's Official Submission (page 12)

**I. THE LAW ON THIS MATTER:**

This law protects people who are 40 or older from discrimination because of age. The law also makes it illegal to retaliate against a person because the person complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

## The Age Discrimination in Employment Act of 1967

*The Age Discrimination in Employment Act of 1967 (Pub. L. 90-202) (ADEA), as amended, as it appears in volume 29 of the United States Code, beginning at section 621. The ADEA prohibits employment discrimination against persons 40 years of age or older. The Older Workers Benefit Protection Act (Pub. L. 101-433) amended several sections of the ADEA. In addition, section 115 of the Civil Rights Act of 1991 (P.L. 102-166) amended section 7(e) of the ADEA (29 U. S.C. 626(e)).*

ADEA, An Act

To prohibit age discrimination in employment.

Enacted by the Senate and House of Representatives of the United States of America in Congress assembled, that this Act may be cited as the "Age Discrimination in Employment Act of 1967." (known as ADEA)

* * *

## CONGRESSIONAL STATEMENT OF FINDINGS AND PURPOSE

SEC. 621. *[Section 2]*

(a) The Congress found and declared that–

(1) in the face of rising productivity and affluence, older workers find themselves disadvantaged in their efforts to retain employment, and especially to regain employment when displaced from jobs;

(2) the setting of arbitrary age limits regardless of potential for job performance has become a common practice, and certain otherwise desirable practices may work to the disadvantage of older persons;(e.g., as it will be shown in court for this case, Sarasota County government, hereinafter referred to as "SCgov", makes specific references in questions to job applicants asking the job applicant if they had past difficulty in obtaining health care coverage – i.e., being denied health care insurance coverage).

(3) the incidence of unemployment, especially long-term  unemployment with resultant deterioration of skill, morale, and employer acceptability is, relative to the younger ages, high among older workers; their numbers are great and growing; and their employment problems grave;

(4) the existence in industries affecting commerce, of arbitrary discrimination in employment because of age, burdens commerce and the free flow of goods in commerce.

(b) It is therefore the purpose of the ADEA to promote employment of older persons based on their ability rather than age; to prohibit arbitrary age discrimination in employment; to help employers and workers find ways of meeting problems arising from the impact of age on employment.

## EDUCATION AND RESEARCH PROGRAM; RECOMMENDATION TO CONGRESS

SEC. 622. *[Section 3]*

(a) The EEOC *[originally, the Secretary of Labor]* shall undertake studies and provide information to labor unions, management, and the general public concerning the needs and abilities of older workers, and their potentials for continued employment and contribution to the economy. In order to achieve the purposes of this chapter, the EEOC *[originally, the Secretary of Labor]* shall carry on a continuing program of education and information, under which he may, among other measures-

(1) undertake research, and promote research, with a view to reducing barriers to the employment of older persons, and the promotion of measures for utilizing their skills;

(2) publish and otherwise make available to employers, professional societies, the various media of communication, and other interested persons the findings of studies and other materials for the promotion of employment;

(3) foster through the public employment service system and through cooperative effort the development of facilities of public and private agencies for expanding the opportunities and potentials of older persons;

(4) sponsor and assist State and community informational and educational programs.

## PROHIBITION OF AGE DISCRIMINATION

SEC. 623. *[Section 4]*

(a) Employer practices

It shall be unlawful for an employer-

(1) to fail or refuse to hire or to discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age;

(2) to limit, segregate, or classify his employees in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's age; or

(3) to reduce the wage rate of any employee in order to comply with this chapter.

(b) It shall be unlawful for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of such individual's age, or to classify or refer for employment any individual on the basis of such individual's age.

It shall be unlawful for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual.

(c) Printing or publication of notice or advertisement indicating preference, limitation, etc.

It shall be unlawful for an employer, or employment agency to print or publish, or cause to be printed or

published, any notice or advertisement relating to employment by such an employer, or relating to any classification or referral for employment by such an employment agency, indicating any preference, limitation, specification, or discrimination, based on age.

Notwithstanding clause (i) or (ii) of subparagraph (B), no such employee benefit plan or voluntary early retirement incentive plan shall excuse the failure to hire any individual, and no such employee benefit plan shall require or permit the involuntary retirement of any individual specified by section 631(a) of this title, because of the age of such individual. An employer, employment agency, or labor organization acting under subparagraph (A), or under clause (i) or (ii) of subparagraph (B), shall have the burden of proving that such actions are lawful in any civil enforcement proceeding brought under this chapter; or

**Transfer of Functions** *[All functions relating to age discrimination administration and enforcement vested by Section 6 in the Secretary of Labor or the Civil Service Commission were transferred to the Equal Employment Opportunity Commission effective January 1, 1979 under the President's Reorganization Plan No. 1.]*

## ADMINISTRATION

SEC. 625. *[Section 6]*

The EEOC *[originally, the Secretary of Labor]* shall have the power-

(a) Delegation of functions; appointment of personnel; technical assistance

to make delegations, to appoint such agents and employees, and to pay for technical assistance on a fee for service basis, as he deems necessary to assist him in the performance of his functions under this chapter;

(b) Cooperation with other agencies, employers, labor organizations, and employment agencies

to cooperate with regional, State, local, and other agencies, and to cooperate with and furnish technical assistance to employers, labor organizations, and employment agencies to aid in effectuating the purposes of this chapter.

## RECORDKEEPING, INVESTIGATION, AND ENFORCEMENT

SEC. 626. *[Section 7]*

(a) Attendance of witnesses; investigations, inspections, records, and homework regulations

<u>**James P Lamancusa v Sarasota County BCC, Filing of Complaint in Circuit Court, 01-16-2017**</u>

The Equal Employment Opportunity Commission shall have the power to make investigations and require the keeping of records necessary or appropriate for the administration of this chapter in accordance with the powers and procedures provided in sections 209 and 211 of this title *[sections 9 and 11 of the Fair Labor Standards Act of 1938, as amended]*.

(b) Enforcement; prohibition of age discrimination under fair labor standards; unpaid minimum wages and unpaid overtime compensation; liquidated damages; judicial relief; conciliation, conference, and persuasion

The provisions of this chapter shall be enforced in accordance with the powers, remedies, and procedures provided in sections 211(b), 216 (except for subsection (a) thereof), and 217 of this title *[sections 11(b), 16 (except for subsection (a) thereof), and 17 of the Fair Labor Standards Act of 1938, as amended]*, and subsection (c) of this section. Any act prohibited under section 623 of this title *[section 4]* shall be deemed to be a prohibited act under section 215 of this title *[section 15 of the Fair Labor Standards Act of 1938, as amended]*. Amounts owing to a person as a result of a violation of this chapter shall be deemed to be unpaid minimum wages or unpaid overtime compensation for purposes of sections 216 and 217 of this title *[sections 16 and 17 of the Fair Labor Standards Act of 1938, as amended]: Provided,* That liquidated damages shall be payable only in cases of willful violations of this chapter. In any action brought to enforce this chapter the court shall have jurisdiction to grant such legal or equitable relief as may be appropriate to effectuate the purposes of this chapter, including without limitation judgments compelling employment, reinstatement or promotion, or enforcing the liability for amounts deemed to be unpaid minimum wages or unpaid overtime compensation under this section. Before instituting any action under this section, the Equal Employment Opportunity Commission shall attempt to eliminate the discriminatory practice or practices alleged, and to effect voluntary compliance with the requirements of this chapter through informal methods of conciliation, conference, and persuasion.

(c) Civil actions; persons aggrieved; jurisdiction; judicial relief; termination of individual action upon commencement of action by Commission; jury trial

(1) Any person aggrieved may bring a civil action in any court of competent jurisdiction for such legal or equitable relief as will effectuate the purposes of this chapter: *Provided,* That the right of any person to bring such action shall terminate upon the commencement of an action by the Equal Employment Opportunity Commission to enforce the right of such employee under this chapter.

(2) In an action brought under paragraph (1), a person shall be entitled to a trial by jury of any issue of fact in any such action for recovery of amounts owing as a result of a violation of this chapter, regardless of whether equitable relief is sought by any party in such action.

(d)(1) Filing of charge with Commission; timeliness; conciliation, conference, and persuasion

No civil action may be commenced by an individual under this section until 60 days after a charge alleging unlawful discrimination has been filed with the Equal Employment Opportunity Commission. Such a charge shall be filed-

(A) within 180 days after the alleged unlawful practice occurred; or

(B) in a case to which section 633(b) of this title applies, within 300 days after the alleged unlawful practice occurred, or within 30 days after receipt by the individual of notice of termination of proceedings under State law, whichever is earlier.

(2) Upon receiving such a charge, the Commission shall promptly notify all persons named in such charge as prospective defendants in the action and shall promptly seek to eliminate any alleged unlawful practice by informal methods of conciliation, conference, and persuasion.

(3) For purposes of this section, an unlawful practice occurs, with respect to discrimination in compensation in violation of this Act, when a discriminatory compensation decision or other practice is adopted, when a person becomes subject to a discriminatory compensation decision or other practice, or when a person is affected by application of a discriminatory compensation decision or other practice, including each time wages, benefits, or other compensation is paid, resulting in whole or in part from such a decision or other practice.

(e) Reliance on administrative rulings; notice of dismissal or termination; civil action after receipt of notice

Section 259 of this title *[section 10 of the Portal to Portal Act of 1947]* shall apply to actions under this chapter. If a charge filed with the Commission under this chapter is dismissed or the proceedings of the Commission are otherwise terminated by the Commission, the Commission shall notify the person aggrieved. A civil action may be brought under this section by a person defined in section 630(a) of this title *[section 11(a)]* against the respondent named in the charge within 90 days after the date of the receipt of such notice.—

- No waiver agreement (if for example, if one existed between Plaintiff and Defendant, based on past employment of the Plaintiff with the Defendant) may affect the Commission's rights and responsibilities to enforce this chapter. No waiver may be used

to justify interfering with the protected right of an employee to file a charge or participate in an investigation or proceeding conducted by the Commission.

## CRIMINAL PENALTIES

SEC. 629. *[Section 10]*

Whoever shall forcibly resist, oppose, impede, intimidate or interfere with a duly authorized representative of the Equal Employment Opportunity Commission while it is engaged in the performance of duties under this chapter shall be punished by a fine of not more than $500 or by imprisonment for not more than one year, or by both: *Provided, however,* That no person shall be imprisoned under this section except when there has been a prior conviction hereunder.

## DEFINITIONS

SEC. 630. *[Section 11]*

For the purposes of this chapter-

(a) The term "person" means one or more individuals, partnerships, associations, labor organizations, corporations, business trusts, legal representatives, or any organized groups of persons.

(b) The term "employer" means a person engaged in an industry affecting commerce who has twenty or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year: *Provided,* That prior to June 30, 1968, employers having fewer than fifty employees shall not be considered employers. The term also means (1) any agent of such a person, and (2) a State or political subdivision of a State and any agency or instrumentality of a State or a political subdivision of a State, and any interstate agency, but such term does not include the United States, or a corporation wholly owned by the Government of the United States.

(c) The term "employment agency" means any person regularly undertaking with or without compensation to procure employees for an employer and includes an agent of such a person; but shall not include an agency of the United States.

(d) The term "labor organization" means a labor organization engaged in an industry affecting commerce, and any agent of such an organization, and includes any organization of any kind, any agency, or employee representation committee, group, association, or plan so engaged in which employees participate and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours, or other terms or conditions of employment, and any conference, general

**James P Lamancusa v Sarasota County BCC, Filing of Complaint in Circuit Court, 01-16-2017**

committee, joint or system board, or joint council so engaged which is subordinate to a national or international labor organization.

(e) A labor organization shall be deemed to be engaged in an industry affecting commerce if (1) it maintains or operates a hiring hall or hiring office which procures employees for an employer or procures for employees opportunities to work for an employer, or (2) the number of its members (or, where it is a labor organization composed of other labor organizations or their representatives, if the aggregate number of the members of such other labor organization) is fifty or more prior to July 1, 1968, or twenty-five or more on or after July 1, 1968, and such labor organization—

(1) is the certified representative of employees under the provisions of the National Labor Relations Act, as amended *[29 U.S.C. 151 et seq.]*, or the Railway Labor Act, as amended *[45 U.S.C. 151 et seq.]*; or

(2) although not certified, is a national or international labor organization or a local labor organization recognized or acting as the representative of employees of an employer or employers engaged in an industry affecting commerce; or

(3) has chartered a local labor organization or subsidiary body which is representing or actively seeking to represent employees of employers within the meaning of paragraph (1) or (2); or

(4) has been chartered by a labor organization representing or actively seeking to represent employees within the meaning of paragraph (1) or (2) as the local or subordinate body through which such employees may enjoy membership or become affiliated with such labor organization; or

(5) is a conference, general committee, joint or system board, or joint council subordinate to a national or international labor organization, which includes a labor organization engaged in an industry affecting commerce within the meaning of any of the preceding paragraphs of this subsection.

(f) The term "employee" means an individual employed by any employer except that the term "employee" shall not include any person elected to public office in any State or political subdivision of any State by the qualified voters thereof, or any person chosen by such officer to be on such officer's personal staff, or an appointee on the policymaking level or an immediate adviser with respect to the exercise of the constitutional or legal powers of the office. The exemption set forth in the preceding sentence shall not include employees subject to the civil

service laws of a State government, governmental agency, or political subdivision. The term "employee" includes any individual who is a citizen of the United States employed by an employer in a workplace in a foreign country.

*[The exclusion from the term "employee" of any person chosen by an elected official "to be on such official's personal staff, or an appointee on the policymaking level or an immediate advisor with respect to the exercise of the constitutional or legal powers of the office," remains in section 11(f). However, the Civil Rights Act of 1991 now provides special procedures for such persons who feel they are victims of age and other types of discrimination prohibited by EEOC enforced statutes. See section 321 of the Civil Rights Act of 1991.]*

(g) The term "commerce" means trade, traffic, commerce, transportation, transmission, or communication among the several States; or between a State and any place outside thereof; or within the District of Columbia, or a possession of the United States; or between points in the same State but through a point outside thereof.

(h) The term "industry affecting commerce" means any activity, business, or industry in commerce or in which a labor dispute would hinder or obstruct commerce or the free flow of commerce and includes any activity or industry "affecting commerce" within the meaning of the Labor-Management Reporting and Disclosure Act of 1959 *[29 U.S.C. 401 et seq.]*.

(i) The term "State" includes a State of the United States, the District of Columbia, Puerto Rico, the Virgin Islands, American Samoa, Guam, Wake Island, the Canal Zone, and Outer Continental Shelf lands defined in the Outer Continental Shelf Lands Act *[43 U.S.C. 1331 et seq.]*.

(j) The term "firefighter" means an employee, the duties of whose position are primarily to perform work directly connected with the control and extinguishment of fires or the maintenance and use of firefighting apparatus and equipment, including an employee engaged in this activity who is transferred to a supervisory or administrative position.

(k) The term "law enforcement officer" means an employee, the duties of whose position are primarily the investigation, apprehension, or detention of individuals suspected or convicted of offenses against the criminal laws of a State, including an employee engaged in this activity who is transferred to a supervisory or administrative position. For the purpose of this subsection, "detention" includes the duties of employees assigned to guard individuals incarcerated in any penal institution.

(l) The term "compensation, terms, conditions, or privileges of employment" encompasses all employee benefits, including such benefits provided pursuant to a bona fide employee benefit plan.

# AGE LIMITS

SEC. 631. *[Section 12]*

(a) Individuals of at least 40 years of age

The prohibitions in this chapter shall be limited to individuals who are at least 40 years of age.

(b) Employees or applicants for employment in Federal Government

In the case of any personnel action affecting employees or applicants for employment which is subject to the provisions of section 633a of this title *[section 15]*, the prohibitions established in section 633a of this title *[section 15]* shall be limited to individuals who are at least 40 years of age.

# FEDERAL-STATE RELATIONSHIP

SEC. 633. *[Section 14]*

(a) Federal action superseding State action

Nothing in this chapter shall affect the jurisdiction of any agency of any State performing like functions with regard to discriminatory employment practices on account of age except that upon commencement of action under this chapter such action shall supersede any State action.

(b) Limitation of Federal action upon commencement of State proceedings

In the case of an alleged unlawful practice occurring in a State which has a law prohibiting discrimination in employment because of age and establishing or authorizing a State authority to grant or seek relief from such discriminatory practice, no suit may be brought under section 626 of this title *[section 7]* before the expiration of sixty days after proceedings have been commenced under the State law, unless such proceedings have been earlier terminated: *Provided*, That such sixty-day period shall be extended to one hundred and twenty days during the first year after the effective date of such State law. If any requirement for the commencement of such proceedings is imposed by a State authority other than a requirement of the filing of a written and signed statement of the facts upon which the proceeding is based, the proceeding shall be deemed to have been commenced for the purposes of this subsection at the time such statement is sent by registered mail to the appropriate State authority.

**James P Lamancusa v Sarasota County BCC, Filing of Complaint in Circuit Court, 01-16-2017**

II. The Plaintiff's specific allegations"

The Plaintiff hereby alleges that the Defendant, the County BCC discriminated against him in the County's employment application and hiring practices, principally by age discrimination, but also in general, by having unequal, or unfair, biased employment application and hiring practices that targeted the selection of certain individual desired candidates (e.g., cases where only one candidate was considered, interviewed and selected/hired for the Job Posting), or specific selective group of candidates (e.g., by having the minimum qualifications of the Job Posting written in a fashion that discredits, or downgrades the importance of a college education – the so called Downgrading college Diplomas 1:1 DD swap of work experience for college education).

The Plaintiff's Complaint is given in more detail in the following attachments:

1. Complaints Numbers 1 through Number 22 as filed with the U.S. Equal Employment Opportunity Commission in Tampa, Florida (this is for the 22 Job Postings for which James P Lamancusa applied for with Sarasota County government, SCgov).
2. James P Lamancusa's letter to the County BCC, dated 01-07-2017 and referenced as "RE: EEO Complaint by J P Lamancusa, Senior Citizen/old guy".
3. And the supporting electronic documents (including the two items above and this Circuit Court filing) contained on the attached CD entitled "J Lamancusa vs. SCgov BCC, 01-13-2017).

III. Damages Sought by the Plaintiff

The Plaintiff asks the court to demand that the Defendant pay financial damages to the Plaintiff, based on, but not limited to, the financial losses he has incurred due to the discriminatory actions of the Defendant against the Plaintiff, that precluded the Plaintiff from being hired by the BCC for any of the twenty-two (22) County Job Postings that he applied for in 2011 through 2016.

Based on the salary the Defendant, James P Lamancusa, was paid by the BCC when he resigned employment with the County on good terms in May of 2008 ($77,000), and allowing for a reasonable increase in this salary amount based on inflation and salary increases that occurred with other County employees during this time period, the Defendant is asking the court that he be paid a lump sum amount of $400,000 in lost wages, that he would have otherwise had if the County had not discriminated against him based on age, and unfair/unequal/biased hiring practices, but rather hired him for anyone of the many Job Postings (total of twenty-two: 22) he applied for that he was well qualified for, and in fact, in many cases he was far superior in relevant qualifications (college education, work experience and professional State registration/licensure) than any of the other applicants.

To pay him damages and compensation in the amount of $100,000 for all the time and energy he had to invest in applying for the many Job Postings he applied for, including time filling out the many applications, preparing for interviews when he was offered one, and the actual time involved with the

**James P Lamancusa v Sarasota County BCC, Filing of Complaint in Circuit Court, 01-16-2017**

interview itself (including all related expenses, such as driving to the interview, etc.); and for the enormous amount of time he had to spend related to this formal EEO violation complaint against the Defendant, the Sarasota County BCC.

To pay him damages of $500,000 for all the pain and suffering, emotional /physical/mental stress and humiliation this has caused James P Lamancusa, the Defendant, especially because he was treated so disrespectfully by the Defendant, the County, by never even notifying him of his status during the employment application and hiring process for the 22 Job Postings he applied for. And because the County has this sloppy practice of not notifying applicants of their employment application status, the time limitation imposed on the Complainant when filing an EEO complaint of 180 days for the federal law, and 300 days for the State of Florida, is not applicable because the "time clock" never got started because the County has never given notice to the job applicant of the County's outcome of the employment application and hiring for the specific Job Posting in question. That is, because of the County's practices (either sloppy or intentional – perhaps a cowardice act to avoid having too many EEO complaints filed – i.e., if the job applicants never know the outcome, they will never know if and when they can file an EEO complaint if they decide they want to contest the decision).

If there are limitations on the amount of damages the County can pay under law due to the possible limitations set forth under government immunity protection provisions of applicable law (which I understand may exist, having previously worked for three different county governments), the Plaintiff is asking the court to look at each instance of the twenty-two Job Postings he applied for as separate and distinct Complaints, that individually may be subject to government immunity protection limitations; however, these limitations would not , and should not be applied for the aggregate or summation of all the 22 complaints combined – i.e., if the government immunity protection limitation is $200,000, then the Defendant should be entitled to a limitation damage ceiling of twenty-two times $200,000 or $4.4 million.

IV. The Plaintiff's Demand for a Jury Trial

As he is entitled to, Plaintiff, hereby demands that this case be conducted by a jury trial.

V. The Plaintiff's Demand for a Jury Trial

I hereby officially submit this complaint to the State of Florida, County of Sarasota, Circuit Court:

_James P Lamancusa_          01-16-2017

James P (Paul) Lamancusa                Date

THIS LETTER REFERRED TO AS ATTACHMENT E(2)
BUT GIVEN HERE IN THE BODY OF THE COMPLAINT

James P Lamancusa, P.E.

1908 SE 43rd St Apt 105

Cape Coral, FL  33904


January 7, 2007


Sarasota County Board of County Commissioners (BCC)

1660 Ringling Boulevard

Sarasota, FL 34236


Re: EEO Complaint by J P Lamancusa, Senior Citizen/old guy


Dear BCC:


First, I would like to express to the County my appreciation and gratitude for hiring me back in December 2001 and then gainfully keeping me employed until May 2008, at which time I resigned my position with the County to become the Sarasota Branch Manager/Project Manager/Engineer for Greeley and Hansen LLC.


Second, I would like to express my appreciation and gratitude to all the County staff who have diligently assisted me and responded to all my relevant FOIA requests. All the County staff, and particularly Michelle Green who has been my primary contact since I began this inquiry/request/complaint, have acted very professionally on your behalf and have always treated me respectfully.


I have always had deep respect and admiration for the County for how they treat their staff in a mutually synergistic and reciprocating manner regarding the performance expectations of staff by the County Administrator/upper management, which in turn is patterned after the ultimate/primary expectations of the County taxpayers/residents of the County Administrator, the BCC, and the County government is a whole.

I now have the "complete HR/Personnel File of Record" on me, which was retrieved from your archives and provided to me promptly after I made my request. As expected, I did not see any surprises in my files, but rather, just the facts as I remembered and lived them. I would say that my employment history at the County speaks for itself. In summary, I left on excellent terms after repeatedly receiving excellent performance reviews. As I said in my earlier emails related to this matter, I gave a 3-week notice when I left rather than the standard 2-week notice after I had offered this extended timeframe to my supervisor, Greg Rouse, P.E.; upon which he immediately thanked me and told me that he would appreciate me doing so to help make the transition go smoother and easier for himself and others at the County. After I left and started my new job, I gladly and willingly spent considerable time with my successor, Adnan Javed, P.E., filling him in completely on ongoing projects, helping him with locating needed files, and answering any and all questions he had for me related to permits, procedures, policies, ongoing responses to drainage customer complaints, outstanding projects with Drainage Operations, etc.

As you may already know, during my almost eight years with the County in 2001-2008, I spent half of this employment period working on Environmental Services, utility engineering projects, mostly related to the Phillippi Creek Septic System Replacement Program (PCSSRP). My title at that time was "Professional Engineer"/Project Manager (this was before the County chose to eliminate the word "engineer" in all job titles, due to possible legal ramifications), and worked on various phases of work (engineering planning, preliminary engineering design, final engineering design, bidding and construction contract award, and utility system construction, including project close-out, startup assistance and turnover of the system to utility operations – the Areas I worked on included Areas B, C, D, E, F and K.

During the latter half of my engineering career at the County, I worked in stormwater engineering, where I had the principal duty of providing engineering support to Drainage Operations (worked in cooperation and in conjunction with the Drainage Operations Manager – problems they could not solve with operational adjustments and maintenance, were turned over to me, at which time I worked closely with the customer initially, after which I conducted engineering feasibility studies, which in turn (depending on the results of the economic cost benefit analysis), could then lead to preliminary engineering design, modeling, permitting (SWFWMD ERP permits), final engineering design, bidding and construction contract award, construction, project close-out/punch list/record drawings, operational startup assistance, and eventually formal transfer/turnover of the project to Drainage Operations in order to complete the permitting process and incorporate the drainage improvements into the County's stormwater infrastructure asset management system. During my aforementioned stormwater/County drainage engineer duties, I served as the Engineer of Record/EOR, which was a rare engineering

liability/responsibility held by any engineers employed in the County (and is even rarer today, or likely is nonexistent according to engineering co-workers/colleagues of mine who are still employed by County).

A small sampling of some of the projects (designed for 100-year/24-hour storm = County Level of Service/LOS) I was assigned and completed as EOR for feasibility studies, modeling, permitting, engineering design (preparation of construction plans and specifications and contract documents, bidding and construction contract award, project and permit close-out and completion of record drawings included:

(a) Circlewoods subdivision stormwater drainage improvement [new stormwater conveyance pipe that replaced an inadequate and deteriorated corrugated metal stormwater pipe, including canal inlet headwall where the new pipe began, pond inlet headwall where the new pipe discharged, and a pond overflow spillway across a portion of the earthen pond dike, all of which collectively served to eliminate subdivision road flooding and structural flooding to several homes];

(b) Lexington Street drainage improvements that consisted of new inlet structure connected to the Lexington Street Stormwater treatment/storage pond outlet control structure [this eliminated a long history of structural flooding of a property located adjacent to this pond];

(c) Lemon Bay Wetland Restoration Weir Modification [this was redesign of a faulty design performed by the contracted consulting engineer – their design let the creek flow go around and entirely bypass the wetland that was being restored, which totally defeated the whole purpose of the restoration project that was intended to divert more creek water to the wetlands to effectuate the wetland restoration process  – quite astonishing, considering the amount of engineering fees the County was paying this firm.];

(d) EOR for the construction phase of the Curry Creek wetland restoration project; (e)rehabilitation [CIPP: cured-in -place–pipe liner] of numerous stormwater culverts under a large northern segment of the Lockwood Ridge Road [mostly cross pipes under the road that had faulty/unprotected joints that were causing road bedding materials/sand to penetrate and escape through the joints at the exterior of the storm pipes and enter the interior of the pipe, thus causing major settling of the road for a 2+ mile section of the road];

(f)Rehabilitation [CIPP: cured-in -place–pipe liner] of two 72" diameter cross culverts [corrugated metal pipe] under MLK Way that were severely deteriorated/corroded;

(g) Rehabilitation [CIPP: cured-in -place–pipe liner]of two severely corroded 84" diameter culverts [corrugated metal pipe] that serve as a conduit for the canal that passes under Hidden Forest Way, which involved the design of headwall structures for these twin pipes on the embankment on both sides of the road;

(h) preparation of contract drawings, technical specifications and contract documents for the bidding of a new annually renewable $3M+ Stormwater infrastructure Improvement Unit Price Contract [this UPC was used to issue multiple construction Work Assignments for anticipated [and unanticipated] stormwater infrastructure improvement projects throughout the County – this UPC, which was the first of its kind in Sarasota County, laid the groundwork for additional/future UPCs to come];

(i) development of the original County-wide Stormwater Infrastructure Rehabilitation and Replacement Program, known as SWIRRP [worked cooperatively and in conjunction with Drainage Operations Manager in developing and implementing this new program];

(j, k, l, m, n, etc.) etc., etc.


Serving as the in-house County drainage design engineer, and acting as the EOR for the numerous such projects, as described above, saved the County upwards of a million dollars in consulting civil/stormwater engineering fees, which earned me a performance bonus of $5000.00 for the one year that this performance based bonus program existed. I mention all this to you, the BCC and the current County Administrator [Thomas Harmer], so you can understand exactly what my job function and responsibilities were during my employment tenure at the County; so hopefully, you will understand the level of my qualifications/capabilities and the understanding I have of the organizational structure/institution of the County and its complete utilities infrastructure system. I worked very hard and diligently at the County when I worked there, and I know if you ask any of my supervisors during this time span regarding my level of professionalism and competency, I am certain I would get high grades – they gave me high grades when I was there, so I can't imagine they would grade me any differently now. I not only was a hard and very competent professional engineer/project manager, I also even worked on weekends many times as I was completing stormwater model runs that would start before the work week ended, and would reach the end of the model run during the weekend, at which time I would stop in and review and analyze the results, and then start another model run.  The advancement of the computer processors that you employ now at the County, may negate, or minimize the need to stop in on the weekend any more as I did. If for example there was a CIP deadline, that mandated that the modeling get completed in order to go forth with SWFWMD ERP permitting, so the project can proceed through the completion of final engineering design, bidding and eventually construction, I came in on the weekend to keep the stormwater modeling ongoing because of all the computer time it took to achieve the required results on the model runs – Greg Rouse can vouch that I took my CIP deadlines very seriously, and my natural tendency and work ethic is one of high motivation to GET THINGS DONE, which in turn, gave me a lot of satisfaction knowing that I was instrumental in keeping the project on a progress track that we all agreed on – I don't believe in letting deadlines pass, unless there perhaps were some unanticipated mitigated circumstances that warranted a project schedule deviation/adjustment.

Incidentally and additionally, I was the stormwater engineer assigned to completing annual stormwater watershed updates for the Hudson Bayou and Whitaker Bayou watersheds, which I performed as assigned; which is something that is essential because developers and consulting engineers need these updated watershed models completed in a timely fashion because they are continually (especially in a robust economy)applying for new SWFWMD ERP permits for new or modified developments (commercial, residential, industrial, public lands, etc.) and roads, etc.

Clearly, I was qualified for the 22 job postings I applied for during 2011-2016; sure, I may have been better suited for some job postings more than others, but, without a doubt, I have this broad-based engineering and management experience (37 years practicing engineering for county government, industrial operations, and for private consulting civil engineering firms). For example, I even applied for Business Manager Job Postings of different levels as posted for different divisions/departments within the County (the landfill, fleet management, etc.). I am as well qualified, and in many cases, better qualified than all the applicants, including, in many situations, the predetermined, targeted candidate who was chosen (more on that later). For example, I have plenty of business experience, after all, I was:

(a) the Sarasota Branch Manager for Greeley and Hansen LLC, where I managed the budget [for that business profit center], field and office personnel, business marketing and development [and client management and invoicing, etc.];

(b) the landfill site manager at the Kent County, MI South Kent Landfill [new 350-acre/1000-ton/day landfill for which I was the EOR for engineering design, permitting, and construction, after which, I was then the site operations manager, responsible for all business aspects of the landfill, including financing, managing the scale house/attendant, contract administrator for major earthwork and other contracts, capital and operations budgets, responding to customer complaints and special requests, commercial waste approvals and pricing, etc.;

(c) the manager of the environmental department, as the Director of Environmental Affairs/Corporate Environmental Manager for a plastic parts supplier/manufacturer [automotive and electronic industry/computer/mobile phones] in Michigan who owned and operated 15+ manufacturing facilities mostly in Michigan, and in SC, including all aspects of stormwater, industrial wastewater, air quality stack emissions, hazardous and solid waste management, solid waste recycling, plus I managed two $25M Superfund cleanup projects, etc.; and

(d) Manager of the environmental department in Michigan [3 offices] for a private civil/environmental consulting engineering firm, overseeing office and field personnel, managing budgets, invoicing clients, etc., etc., etc.

The primary basis of my EEO Complaint and my legal arguments/theory that will be presented in Circuit Court is that the County grossly and blatantly violated EEO statutes and amendments thereof, by not having equal and fair employment application and hiring practices; or more specifically, the County:

(A) Failed to hire older [especially, candidates 60 years or older] qualified job posting applicants; and for many job postings (such as the 22 I applied for), they rarely even interview such qualified older job applicants.

Of the 22 Job Postings I applied for in 2011-2016, for which you provided me ample information to arrive at some clear conclusions on your highly irregular and inappropriate employment application and hiring practices, please not note the following:

•       17 of the 21 jobs I applied for have minimum qualifications that allow the one for one, experience for college education swap (the so-called "1:1 DD swap".

•       Only 4 of the 21 jobs I applied for, in my opinion, had appropriate minimum qualifications, all of which were for HIGH PUBLIC RISK JOBS.

•       14 of the 21 jobs I applied for I would consider HIGH PUBLIC RISK JOBS.

•       For 8 of the 21 jobs I applied for, apparently only one applicant was considered/interviewed and then hired.

•       Quite a few of the selected candidates had low Req Rankings; but nevertheless, were still hired.

•       Of the 22 jobs I applied for (21 + Molly Williams prior position – i.e., the position Molly held prior to position she now holds), all of which I qualified for, I was only brought in twice for interviews (Job Code 1388,Stormwater Engineer, B Quartermaine hired; and Job Code 1711, Land Development Services, Review Engineer, S DePaolis hired).

•       I won't get into naming individual applicants, here, but I will mention that I noticed some "red flags" that I believe HR or the Hiring Authority should have looked into, if they haven't, for certain applicants, such as discrepancies between what is stated in the applicant's resume versus what they certified to on the County Employment Application (e.g., they didn't certify they were licensed professional, or they had a college degree, rather than just a H.S. degree); or checking into the details of an applicant who got laid off for three different consecutive jobs (seems suspect – i.e., could be something other than getting laid off); or why someone previously got disqualified for the same position they got hired for (i.e., for earlier version of the job posting, with different, and most certainly stricter minimum qualifications) because they failed KO-R (Knowledge of Requirements).

• As shown in the attached summary document (2 pages – previously provided to you) that I copied directly off the SCgov HR internet site, during the period 2011 to 2016 I applied for a total of 21 County jobs at the County (actually 22 if you add the 2011 stormwater engineer posting that I was interviewed for – Molly Williams was hired, at which time she was 42 years of age, which is pertinent to this discussion). I believe that for all these jobs that I applied for, the biggest thing I had going against me, was my age. I am currently 65, and was 60 years old for some of the earlier jobs I applied for with the County when I was first got laid off from my job at Greeley and Hansen in September 2011. As shown on the attached Summary of Selected Candidates, the average (mean) age of the candidates (21) that were hired was 43.95 and the median age was 49 (if the Molly Williams job was included in this total, the average and median age would change to 43.90 and 47 respectively). It is a well known fact that age is a consideration taken into account by employers, both public and private, because age of the work force has an effect on group health insurance cost. I know you told me previously on the phone that the County does not discriminate based on age in their hiring practices because the average age of your work force is quite high; however, I am not convinced that is because you hire older candidates, but rather, it is likely because the County work force is aging. And saying that you do not discriminate based on age and are EEO compliant because you interview older applicants (the "token old people"), does not count because it is not the same as actually hiring some older people once in a while (like maybe one out of 22 times).

• Health insurance cost concerns are demonstrated by questions the County asked employment applicants, such as asking an applicant: "have you ever been excluded from participation, as an employee or provider [?], in a federal or state healthcare program? Excluded from Healthcare? Please explain why." The latter was in the application in 2012 for Job Code 1043, for a Project Manager/Administration III/Facility position (Brad Gaubatz hired). We all know there are other reasons why employers do not like to hire older applicants, such as concerns about longevity on the job, but the average stay/tenure for most workers is not that long (in the U.S., 75% of all employees stay at a given job for less than 2 yrs, and 90% of all employees stay with a job for less than 5 yrs); and the argument against not hiring older workers is that older workers have a broader base of knowledge and experience, have better judgment and maturity when it comes to critical decisions, and besides, the average life expectancy today is about 80 years, and many individuals are working in their 60s and into their 70s; and if health insurance is such a concern, older applicants (like me) do not even need your stinking healthcare insurance, because they already have their own, such as Medicare and supplemental insurance. Regardless, to be in compliance with EEO, the County simply cannot discriminate based on age, which it is so obvious that you are doing.

(B) Besides the apparent age discrimination, the county has numerous other negligent hiring practices that are pointed out in the Summary of Candidates, which besides likely being unlawful, is likely also

putting the County and its citizens at great risk. Further describing some of these short comings is given in two additional attachments: "Job Postings (8) Where Only One Applicant Was Considered, Interviewed, and Hired"; and "Minimum Job Qualifications Written (17) to Allow Work Experience Substitution on a '1:1 DD Swap' Basis for College Education Requirements for HIGH RISK PUBLIC JOBS". Regarding the practice of only considering and hiring one applicant, this was done back when I was previously employed with the County for Environmental Services, Utilities Engineering in 2001-2008, such as hiring the Utilities Director, without even advertising the job – I know this for a fact, because my co-workers and I would always check the job postings on a regular basis (because some of us wanted to apply for some of these management level Job Postings), and there were a number of hires that occurred without even advertising the jobs. I really thought these negligent hiring practices had ceased a long time ago, but now I am finding out things have even gotten worse at the County

(C) The County has an unequal, unfair and illegal practice of frequently only interviewing a single, targeted job applicant, who has somehow, with the assistance/facilitation of County staff, managed to meet minimum qualifications that have been adjusted and readjusted, and tailored to fit the minimal qualifications of a candidate that County staff has some acquired affinity for reasons unknown at this stage of this complaint, but likely will be revealed by cross examination of multiple witnesses who are inclined to expose these unfair hiring practices that are not only discriminating against external candidates, but has also created system that is discriminating against internal candidates that worked hard to get a relevant college degree to give them an edge on HIGH PUBLIC RISK JOB postings, only to find out now that the County allows some bizarre/anti-higher education 1 to 1 swap of work experience for minimum college education qualification requirements, even to the extent that an applicant can be selected for a HIGH PUBLIC RISK JOB with just a high school degree [or GED certificate – AMAZINGLY, this is for HIGH PUBLIC RISK jobs that normally require that as a minimum the candidate have a relevant college BS degree (quite often in civil engineering), and typically the job postings go beyond that by indicating that an MS degree and a Florida professional engineering license is preferred or required (the latter is commonly required for these HIGH PUBLIC RISK jobs by more sophisticated, legally savvy municipalities who smartly recognize the inherent public risk of these jobs, and the need for those hired to these positions to understand that there are considerable responsibilities and liabilities associated with the job; and therefore, it is expected that those individuals at that capacity are expected to have a level of education in the relevant field of science and engineering due to the highly technical nature of the job, and additionally, those same individuals are expected to maintain a high level of continuing college level education to keep current with the industry and maintain their professional license to practice in their field in the state jurisdiction where the facility/facilities are being managed.

The latter is the so-called DD ["Downgrading college Diplomas"], or "downward educational evolution" that is going on at the County with the job posting minimum qualifications for HIGH PUBLIC RISK JOBS. The latter downward college education evolution at the County obviously started in some bizarre internal scheme where the under-college-educated staff managers sat around a conference table and

decided "it was only fair that if certain Job Postings in the past stated that the work experience portion of the minimum qualifications can be substituted on a 1:1 basis by someone who has an advanced college degree, such as Masters degree (MS degree = the equivalent of 1 year of the required work experience), then why can't the reverse be allowed? That is, and ERGO/THEREFORE, if years of college education can be substituted for required years of work experience, then similarly, it stands to reason, and it is only fair, that years of work experience can be equally substituted on a 1:1 basis for required years of college education." So in practice at the County, if the job posting states that a person must have a bachelors degree from an accredited college in a relevant curriculum, like engineering, then the candidate should be able to do a 1:1 DD swap, whereby, for example, a candidate with four years of relevant work experience should be able to substitute work experience on a year for year basis for the 4-year college degree minimum education qualifications requirements – so if a candidate (most likely a County targeted/preferred candidate) has 8 years of relevant work experience and the job postings calls for a 4-year college degree and 4 years of related work experience, that candidate with the 8 years of work experience and a high school degree or GED certificate, is a qualified candidate eligible to proceed to the next step in the employment application process, which is the interview step; which may include multiple candidates to be interviewed, or perhaps, as it appears in the public records information provided in response to my FOIA requests, that the County has not done multiple candidate interviews for several of the Job Postings I applied for in the past 5 years, and instead, it appears that only one candidate was considered/interviewed, before that same single candidate was eventually hired for the job. It is like winning the lottery – you got that one single number, whereby you hit the target, and BINGO! – YOU WON Mr./Ms. "HS" or "GED" applicant – your starting date for this HIGH PUBLIC RISK JOB is such and such and your salary is as much or more than someone else would get after investing substantial amounts of their time and money to get a highly technical/scientific college degree relevant to the HIGH PUBLIC RISK JOB POSTING. GOOD LUCK Mr./Ms. "HS" or "GED" applicant in your new HIGH PUBLIC RISK JOB – I hope your luck on the job is as good as your luck has been in getting this job in the first place.

Since the latter scheme/turned reality is so bizarre, I sincerely doubt that those less than college graduate level managers sitting around the table talked much about whether this 1:1 DD swap should or would be allowed for Job Postings that were considered HIGH PUBLIC RISK JOBS – it sure doesn't appear anywhere in the public documents that this distinction was made. So the way this 1:1 DD swap scheme/turned reality ended up and is now being practiced on a regular basis in the County for a whole assortment of Job Postings, regardless of whether they are for engineering/architectural or high finance related (with few exceptions – the stormwater group does not appear to be using the 1:1 DD swap – apparently, they wisely decided that stormwater engineering jobs are rightfully HIGH PUBLIC RISK JOBS). Notwithstanding that this whole 1:1 DD swap is totally bizarre and irresponsible (especially when applied to HIGH PUBLIC RISKS JOBS), for the point of my EEO complaint, this 1:1 DD swap by its very nature is an unfair and unequal practice because it dilutes and minimizes the Job Posting minimum qualifications for highly scientific/technical positions in favor of preferred or targeted, less educated job applicants, who may very well be cronies of the hiring authority, who more than likely have never taken

a single college level class in their entire life, and likely do not even have a basic understanding of water chemistry or microbiology, which is crucial if someone is in a high management and highly technical level position, such as someone who is overseeing the overall management, engineering and operations of the potable water and wastewater treatment/infrastructure system for a major metropolitan area with population in excess of 0.5 million.

The County only interviewed me for a couple of job postings, even though I was clearly qualified based on the minimum qualifications requirements. Regardless, interviewing me as the "token old person" and then not hiring me for any one of the 22 Job Postings does not lend itself to the argument that the County does not discriminate based on age because you clearly do in fact discriminate based on age according to the voluminous amount of data that I have accumulated since I initiated this inquiry/complaint – YOU DON'T HIRE OLD PEOPLE – PLAIN AND SIMPLE. Even though there are qualified people out there like me who would love to work in their trained/educated professional fields so they can meaningfully contribute to society and the community where they live; and just because the County work force may have a relatively high average age [if it in fact does?], this does not mean you are, or are even attempting to, hire old qualified people; it just merely and simplistically shows that the County work force is aging.

I mean let's ask a stupid question: Why would it be important for a candidate hired for a HIGH PUBLIC RISK JOB to have a highly technical/scientific college degree in a relevant field? I mean are the following subjects important for employees who have vast responsibilities related to potable water and wastewater treatment/reclamation facilities [including related utilities infrastructure and appurtenances] and would it be helpful for them to have in-depth/college level knowledge in these subjects considering that they are responsible for the management, engineering and operations of these facilities?

- Microbiology

- Water Chemistry

- Physical/Chemical/Biological Reactor dynamics

- ETC., ETC., ETC....

Are there any consequences for not having an adequate college education in a relevant highly technical field, such as civil/environmental/water resources/sanitary engineering??? This is just one instance, but has anyone at the County ever thought about whether something similar to the FLINT WATER CRISIS

could happen in Sarasota County?? The Flint Water Crisis, which was driven by an inappropriate, negligent, extreme austerity program, that was controlled and dictated by high level public officials (the Governor and those appointed/assigned by the Governor to complete this task)who took over the governance of a city in a financial crisis (the local elected officials were stripped of their powers and shoved to the sidelines/back of the room)– so the answer/solution that the State managers who took over the City's utilities infrastructure came up with to alleviate the Flint financial crisis was to replace that crisis with another crisis called a PUBLIC HEALTH CRISIS, which was far worse than the original crisis; and those who are suffering the worse from this debacle are the young and innocent – poor defenseless children who were just being normal children, ingesting water like all children do. Would it have helped if those who were in charge of these life changing decisions had a higher level of education [say College, with a capital "C"] which included scientific/engineering courses/subject matter on advanced water chemistry? If those in charge had a better understanding of water chemistry, perhaps they wouldn't have even given it a second thought about switching over to the severely polluted river water supply (i.e., their chemical, and perhaps engineering knowledge, would have immediately told them upon reviewing the chemical and microbiological data on the river water, that it was going to be very costly [and risky], to properly treat this water source to the point that it would be safe to drink, and special sequestering/chelating phosphate chemicals would have to be added to the water due to the corrosive nature of this water supply source, that would cause the dissolution of lead contained in the distribution system, such as the older service connection piping that contains lead materials. And if they had the relevant college education, maybe they would have known enough to analyze some water samples from the river water supply source, and upon subsequently reviewing this water quality analytical data and running some follow-up bench-scale laboratory treatability tests (as they were taught in college), or otherwise hire a laboratory/private/qualified consulting firm to do the same. Upon reviewing the treatability data, you would now have an appreciable amount of data to draw some conclusions on the "real costs" of this convoluted and "bassackward" scheme to save the City a whole bunch of money to help alleviate their ongoing financial crisis, otherwise hire a qualified and reputable laboratory/consulting engineering firm [and not a low-bid firm, but rather a qualifications-based selected firm] to complete the engineering feasibility study to accurately arrive at the estimated "real costs" associated with converted over to this inferior water supply source. So, in summary, a college educated scientist/engineer would have the tools/knowledge to comprehend and solve this technical dilemma in a manner that would consist of a logical, rational, methodical analysis and evaluation that would arrive at a definitive answer to primary question that should have been asked and answered related to this critical proposed infrastructure modification: CAN THE CITY OF FLINT SWITCH ITS WATER SUPPLY SOURCE TO THE RIVER IN A MANNER THAT IS IN THE BEST INTEREST OF THE CITIZENS OF FLINT AS IT RELATES TO OVERALL WELFARE AND HEALTH & SAFETY OF THE PUBLIC (RESIDENTS, VISITORS, ETC.) BASED ON A "GOOD SCIENCE" ANALYSIS/EVALUTION AND ENGINEERING FEASIBILITY STUDY THAT ACCURATELY REVEALS THE REAL COST OF THIS ENDEAVOR AND CLEARLY AND ACCURATELY SHOWS THE COST/BENEFIT JUSTIFICATION TO GIVE PUBLIC OFFICIALS THE INFORMATION THEY NEED TO ETHICALLY AND MORALLY RECOMMEND THIS INFRASTRUCTURE MODIFICATION TO ITS CITIZENRY WHO WILL BE DIRECTLY IMPACTED BY THIS VERY SIGNIFICANT CHANGE???  Well okay, you might say that Sarasota County is not at all like Flint, and what happened in Michigan/Flint could never happen in Florida/Sarasota County because the Governors of the two states do not think exactly the same (close),

and the financial crisis that besieged Michigan communities could never happen in the highly diverse tourist/snow-bird economy of Florida?

Enough on Flint, Michigan: What are the consequences of things going wrong in other HIGH PUBLIC RISK JOBS (HPRJ)? Well first recognize that HPRJs are predominantly linked to public infrastructure/civil engineering type projects (the word "civil" implies "people" related engineering, which is the MAIN REASON I got into civil/environmental/water resources engineering in the first place – to help people and the environment (how idealistic is that??) – I made the decision when I was floating down the almost pure Pere Marquette River in Michigan in 1969 when I was totally idealistic and naive and thought that there truly was an absolute separation of power between the 3 branches of government, and all judges were pure and not the quasi-political figures that I now realize most of them are {they are mostly elected officials with a political constituency, or they are appointed by politicians of like politics – SO THAT IS CLEARLY POLITICAL, in case some of you younger people reading this still believe in an absolute separation of the 3 branches of government – I have experienced the unbalanced nature of the court system, and the justice system in general, first hand on legal matters that affected me directly, and I saw and felt the corruption and preferential leanings of the court system. I mention the latter, because I want you know that I realize the odds are heavily against me in this ultimate law suit that I will be filing against the County, but I accept that, and as a minimum, I want these injustices exposed so the public knows how the County operates, and they can make their own decisions on who is right in this case. Getting back to HPRJs and what are the possible consequences of filling related Job Postings based on 1:1 DD Swap minimum qualification requirement. Well, for example, HPRJs include such jobs as transportation and traffic engineering, civil engineering in general (e.g., structural engineering, etc.), water resources engineering (potable water, wastewater, reclaimed water, stormwater, and groundwater), vertical construction architecture and engineering, etc.  If someone does not think that potable water engineering is a high public risk job (HPRJ), then think again about the Flint Water Crisis, or think about some of the fatal car accidents that occur in the U.S. because of faulty transportation/traffic engineering designs due to poor sight distance, poor signalization, excessive speed limits or inadequate signage, etc.  Or think about an improperly designed stormwater conveyance system that results in structural or road flooding, major property damage, and in some cases, loss of life.

(D) The other issue I stated in previous communications to the County is that the County does not notify job applicants of their employment application status, other than initially when the County automatically sends an email confirming that they received the application. That is, there is no follow-up, such as stating "you met the minimum qualifications and we have referred your application to the hiring authority", or "thank you for applying, but we have hired someone else (or however you state it)", or after an interview, writing a similar letter or email informing the applicant that you hired someone else. A good example of how to keep job applicants informed of their employment application status is given on the www.USAJobs.com federal internet government job employment web site – they classify you as APPLICATION RECEIVED, APPLICATION REFERRED {to hiring authority), APPLICANT NOT

QUALIFIED, APPLICANT MEETS QUALIFICATION, APPLICANT NOT HIRED, etc., etc. By the County leaving applicants "hanging" or "in the dark", these applicants (like me) just plain do not know the outcome, and that is important if the individual job seeker decides they want to contest the County's decision and file and EEO complaint based on alleged discrimination, such as in my case. Now if the County is employing this tactic as a legal/"weasel move", it is clearly unwise, illegal, and A COWARDICE ACT. Although there is a limitation on how soon you must file an EEO complaint, if the applicant is never informed of the outcome/decision by the County by some type of documented communication, the time clock for filing an EEO complaint has not even started yet. The latter is true because of the lack of follow through and negligent employment application practices of the County. All the governmental agencies that I have made job applications to have always sent me a courteous and respectful communication informing me of my employment application status at various stages of the application and interview process. Colleagues and past co-workers of mine at the County, who are friends that I still regularly communicate with, agree that the employment application and hiring practices that I described herein are accurate and downright disrespectful to the applicants; and very often are not fair, just and open to all prospective job seekers, but rather are often selectively framed to be preferential to a targeted internal or external candidate.

Although perceived a lot different by me personally because it has directly affected me personally, I look at his recent County HR/employment application/hiring practices debacle, as similar in severity, irresponsibility, bad behavior and public mistrust, as the Procurement scandal/debacle that occurred not too long ago (2009-2010 I believe), which was so bad, that it involved the firing of numerous County management employees, and the departure of the then County Administrator. I believe this comparison is fair and accurate, and I am sad to have to say it, because someday, hopefully soon, I plan to return to Sarasota, because I simply love the area and community, which has so much to offer; and quite frankly, the citizenry there deserve better – they deserve a County government that they can say is appropriately sophisticated and totally protective of the public's general welfare, safety, and health; and is very concerned and dedicated to maintaining high standards in the County in all respect; including making an effort to develop and implement such simple and fundamental programs as promoting a GOOD REPUTATION FOR THE COUNTY ON HOW IT TREATS ALL PEOPLE, WHETHER YOUNG OR "OLD", ETC., ETC.

I will see you in court, and I hope you will be as cooperative as your loyal and dedicated staff has been thus far. As I said early on in this EEO inquiry, and soon to be a full-fledged legal EEO complaint, all I ever wanted was a good job so I could contribute to society in a meaningful and production fashion in a field that somehow related to my qualifications/credentials.

I wish the County taxpayers/residents and job seekers the best in the outcome of this formal complaint.

Sincerely,

James P. Lamancusa, P.E., BSCE, MSCE

Florida Licensed/Registered Professional Engineer (PE)

BS (Bachelors of Science) in Civil Engineering (CE)/Sanitary Engineering (no, I don't clean toilets - they now call it Environmental or Water Resources Engineering), Univ of MI, Ann Arbor, MI.

MS (Masters of Science) in Civil Engineering (CE)/Sanitary Engineering (nor do I empty porta-toilets - they now call it Environmental or Water Resources Engineering), Univ of MI, Ann Arbor, MI.

941-376-1458

jplsarasota@aol.com

Attachments: All the prior related emails, along with the attachments (does not include my HR record/file, which is mine to reveal as I see appropriate)

*COMPLAINT #1 OF 22*



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or 300 days ... with place a date... will be alleged discrimination. When we receive this form, we will review it to determine ... coverage. Answer all questions completely and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question ... are not applicable, write "N/A." *Time clock never started because County never notifies of outcome of application hiring process.*

1. Personal Information

Last Name: *Lamancusa*    First Name: *James*    MI: *Paul*

Street or Mailing Address: *1908 SE 43rd St*    Apt or Unit #: *105*

City: *Cape Coral*    County: *Lee*    State: *FL*    Zip: *33904*

Phone Numbers: Home: *941 376 1458*    Work: *941 376 1458*

Cell: *941 376 1458*    Email Address: *jplsarasota@aol.com*

Date of Birth: *06-08-1951*    Sex: ☒ Male ☐ Female    Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native    ☐ Asian    ☒ White

☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?  *Italy*

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: *Constance F. Green*    Relationship: *Significant Other*

Address: *1908 SE 43rd St Apt 105* City: *Cape Coral*    State: *FL* Zip Code: *33904*

Home Phone: *616 498 2676*    Other Phone: *616 498 2676*

2. I believe that I was discriminated against by the following organization(s). (Check those that apply.)

☐ Employer    ☐ Union    ☒ Employment Agency    ☒ Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information: If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported. If more than one employer is involved, attach additional sheets.

Organization Name: *Sarasota County Board of County Commissioners*

Address: *1660 Ringling Blvd*    County: *Sarasota*

City: *Sarasota*    State: *FL* Zip: *34236*    Phone: *941 861 5000*

Type of Business: *County government*    Unit/Location if different from Org. Address:

Human Resources Director or Owner Name: *Chris Louria*    Phone: *941 861 5702*

Number of Employees in the Organization at All Locations? Please Check (✓) One:

☐ Fewer Than 15    ☐ 15 - 100    ☐ 101 - 200    ☐ 201 - 500    ☒ More than 500  *(>2000)*

3. Your Employment Data. Complete as many items as you are able. Are you a federal employee? ☐ Yes ☒ No

Date Hired: ____    Job Title At Hire: ____

Pay Rate When Hired: ____    Last or Current Pay Rate: ____

Job Title at Time of Alleged Discrimination: ____    Date Quit/Discharged: ____

Name and Title of Immediate Supervisor: ____

Initial Applied: Date you Applied for Job __~~2016~~ *3PM*~~ ... Title Applied For~~ *Watershed Engineer, Utilities Job Posting #2884*

*Hire date 10-19-16*    *2016*

*Complaint #1 (cont.)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (implies a difference in skin shade within the same race) ☐ Genetic Information (circle which type(s) of genetic information is involved genetic testing or family medical history (for genetic services genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information in what did the employer obtain the genetic information?

_____

Other reason (basis) for discrimination (Explain)

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 10/19/16   Action: Person hired much younger (27); had B.s in civil engineering, and no P.E. and only 7 months work experience.

Name and Title of Person(s) Responsible: Robert Laura, Hiring authority.

B. Date: 10/19/16   Action: I am 38 years older than Richard Martinez the hire, and I have 37 years more experience than him, plus I am a FT licensed professional engineer and am MSCE.

Name and Title of Person(s) Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
they hired him for $43 k., which is a lot less than my salary at County in 2008 ($72,000). He is there being trained for a High Risk Public Job.

7. What reason(s) were given for the acts you consider discriminatory? How were you told about these reason(s)?
No knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

No Knowledge *

Full Name    Race, Sex, Age, National Origin, Religion, or Disability    Job Title    Description of Treatment

A. _____

B. _____

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?   *No Knowledge* *

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Incident

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you?   *No Knowledge* *

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.   *NA*

9. Please check all that apply           ☐ Yes, I have a disability
                                         ☐ I do not have a disability now but I had one
                                         ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.)   *NA*

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes ☐ No       *NA*
If "Yes," what medications, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?   *NA*
    ☐ Yes ☐ No
If "Yes," whom did you ask?                    How did you ask (verbally or in writing)?

When did you ask?

Describe the change or assistance that you asked for:

How did your employer respond to your request?

*\* yet - seeking witness testimony*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response.)

*will be seeking witness testimony*

Full Name    Job Title    Address & Phone Number    What do you believe this person will tell us?

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be*
*filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No
For each place of assistance, name of person(s) spoke with and date of contact, result(s), if any:

*Have had some discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you want to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge, or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____    01-13-2017
Signature                    Today's Date

PRIVACY ACT STATEMENT
1) FORM NUMBER/TITLE/DATE ...
2) PRINCIPAL PURPOSE ...
3) ROUTINE USES ...
4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION ...

*Complaint #2*



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission. *REMEMBER*, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer as stating "not known." If a question does not apply to you, write "N/A".

***Time clock never started, because County never notifies of outcome of application hiring process.***

**Personal Information**

Last Name *Lamincusa* First Name *James* MI *Paul*

Street or Mailing Address *1908 SE 43rd St* Apt or Unit # *105*

City *Cape Coral* County *Lee* State *FL* Zip *33904*

Phone Number: Home *941 376 1458* Work *941 376 1458*

Cell *941 376 1458* Email Address *jplsarasota@aol.com*

Date of Birth *06-08-1951* Sex ☒ Male ☐ Female Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☒ American Indian or Alaskan Native ☐ Asian ☐ White

☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? *Italy*

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name *Constance F. Green* Relationship *Significant Other*

Address *1908 SE 43rd St Apt 105* City *Cape Coral* State *FL* Zip Code *33904*

Home Phone *616 498 2676* Other Phone *616 498 2676*

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☒ Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name *Sarasota County Board of County Commissioners*

Address *1660 Ringling Blvd* County *Sarasota*

City *Sarasota* State *FL* Zip *34236* Phone *941 861 5000*

Type of Business *County government* Job Location if different from Org. Address

Human Resources Director or Other Name *Chris Louria* Phone *941 861 5702*

Number of Employees in the Organization at All Locations. Please Check One.

☐ Fewer than 15 ☐ 15 - 100 ☐ 101 - 200 ☐ 201 - 500 ☒ More than 500 *(>2000)*

3. Your Employment Data. Complete as many items as you are able. Are you a federal employee? ☐ Yes ☒ No

Date Hired _____ Job Title At Hire _____

Pay Rate When Hired _____ Last or Current Pay Rate _____

Job Title at Time of Alleged Discrimination _____ Date Quit/Discharged _____

Name and Title of Immediate Supervisor _____

If Job Applicant, Date You Applied for Job *2013 - 14* Job Title Applied For *Transportation Engineer*

*Hire date: 8/20/16*  *Job Posting # 1517*

Complaint #2

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (implicitly a difference in skin shade within the same race) ☐ Genetic Information (circle which type(s) of genetic information is involved – genetic testing – or family medical history – or genetic services (genetic services means counseling, education or testing))

If you checked color, religion or national origin, please specify _____

If you checked genetic information, please list the information obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

✱✱ A. Date 8/20/16 Action Person hired was 28; had BS & MS in civil engineering, but only 4 mos. experience as technical specialist at County, and had NO P.E.
Name and Title of Person(s) Responsible

B. Date 8/20/16 Action I am 37 years older than Shannon Victoria, the hire and have 36 years more engineering experience than her, plus I am a P.E. engineer/she is E.I.T. ✱
Name and Title of Person(s) Responsible Tom Maroney, Hiring authority.

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
It is unknown how much the hire is getting paid, but less than $52K (lot less than me in 2008: $77,000). This is a high PUBLIC RISK JOB and experience is important.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? (His or Her Job Title)
No knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who also had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No Knowledge ✱

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

✱ yet-seeking witness testimony.
✱✱ Apparently only one targeted candidate considered, interviewed and hired.

Of the persons in the same or similar situation as you, who was treated worse than you?   *No Knowledge* *

    Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title       Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you?   *No Knowledge* *

    Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title       Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell
us if you have more than one disability.  Please add additional pages if needed.

*NA*

9.  Please check all that apply          ☐ Yes, I have a disability
                                          ☐ I do not have a disability now but I did have one
                                          ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability
prevent or limit you from doing anything?  e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.

*NA*

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
      ☐ Yes  ☐ No                                                                     *NA*
If  Yes , what medications, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
      ☐ Yes  ☐ No                                                                     *NA*
If  Yes , when did you ask                             How did you ask (verbally or in writing)?
Who did you ask (name of the individual and position)?

Describe the changes or help that you asked for?

How did your employer respond to your request?

* yet - seeking witness testimony

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response.)

*will be seeking witness testimony*

Full Name          Sex  Title     Address & Phone Number     What do you believe this person will tell us?

A.

B.

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ yes ☑ no

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing:  *will be*
*filing complaint in Sarasota County Circuit Court 01-13-17*

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes ☑ No
Provide name of organization, name of person to speak with and phone or contact, please if any.
*Have had some discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_James P. Jamancusa_                    01-13-2017
Signature                               Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE

3) ROUTINE USES

5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION

November 2005

*Complaint #3*



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within *180 days* or *300 days* in some places, within 30 days of the alleged discrimination. When we receive this form we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question does not apply to you, write "N/A." (PLEASE PRINT)

**Time clock never started.**
because County never notifies of outcome of application hiring process.

### 1. Personal Information

Last Name: *Lumancusa*   First Name: *James*   MI: *Paul*

Street or Mailing Address: *1908 SE 43rd St*   Apt or Unit #: *105*

City: *Cape Coral*   County: *Lee*   State: *FL*   Zip: *33904*

Phone Numbers: Home: *941 376 1458*   Work: *941 376 1458*

Cell: *941 376 1458*   Email Address: *jplsarasota@aol-com*

Date of Birth: *06-08-1951*   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☒ American Indian or Alaskan Native   ☐ Asian   ☒ White
☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?   *Italy*

Please Provide The Name of a Person We Can Contact If We Are Unable To Reach You:

Name: *Constance F. Green*   Relationship: *Significant Other*

Address: *1908 SE 43rd St. Apt 105*   City: *Cape Coral*   State: *FL* Zip Code: *33904*

Home Phone: *616 498 2676*   Other Phone: *616 498 2676*

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☒ Employer ☐ Union ☐ Employment Agency ☒ Other (Please Specify)   *Potential Employer = Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: *Sarasota County Board of County Commissioners*

Address: *1660 Ringling Blvd*   County: *Sarasota*

City: *Sarasota*   State: *FL* Zip: *34236*   Phone: *941 861 5000*

Type of Business: *County government*   Job Location if different from Org. Address:

Human Resources Director or Owner Name: *Chris Louria*   Phone: *941 8615702*

Number of Employees in the Organization at All Locations: Please Check (✓) One:
☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500   *(> 2000)*

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired:                 Job Title At Hire:

Pay Rate When Hired:                 Last or Current Pay Rate:

Job Title at Time of Alleged Discrimination:                 Date Quit/Discharged:

Name and Title of Immediate Supervisor:

If Job Applicant, Date You Applied for Job *2015 many*   Job Title Applied For *Design Project Manager*
*Utilities Environmental Design*
*Job Posting# 2072*

*Hire date: 8/6/16*

*Complaint #3 (cont)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved [ genetic testing    family medical history    or genetic services (genetic services means counseling, education, or testing) ]

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination: (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action, and the name and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/16 – Discharge | by Mr. John Soto, Production Supervisor)

A. Date 8/6/16    Action Person hired a lot younger than me; based on ←51
job application, she only has a high school GED (resume says B.S.?
Name and Title of Personist Responsible: Lori Carroll, hiring authority.

B. Date 8/6/16    Action She seems to be a technician level
operator type person that some how got this engineering design
type job with no formal engineering college education.
Name and Title of Personist Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
It appears that Nancy Brooking, the hire, was the only person
considered / interviewed, and she was considered qualified because
County has DB 11:1 swap of work experience for college.

7. What reasons were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
No knowledge (yet—seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No knowledge ✱

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

✱ yet—seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?  *No Knowledge* *
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you?  *No Knowledge* *
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.   *NA*

9.  Please check all that apply          ☐ Yes, I have a disability
                                         ☐ I do not have a disability now but I did have one
                                         ☐ No disability, but his organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  e.g. lifting, sleeping, breathing, working, caring for yourself, working, etc.   *NA*

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes  ☐ No                                                                                  *NA*
If "Yes," what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
     ☐ Yes  ☐ No                                                                                  *NA*
If "Yes," when did you ask?                        How did you ask (verbally or in writing)?

Why did you ask for the change and what change did you ask for?

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

* yet - seeking witness testimony

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☑ No Provide name of organization, name of person you spoke with and date of contact, results, if any?

*Have had same discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Famacun*
Signature

01 - 13 - 2017
Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE

3) ROUTINE USES

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION

*Complaint #4*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." PLEASE PRINT.

**Time clock never started, because County never notifies of outcome of application hiring process.**

1. Personal Information

Last Name **Lamancusa**    First Name **James**    MI **Paul**

Street or Mailing Address **1908 SE 43rd St**    Apt or Unit # **105**

City **Cape Coral**    County **Lee**    State **FL**    Zip **33904**

Phone Number: Home **941 376 1458**    Work **941 376 1458**

Cell **941 376 1458**    Email Address **jplsarasota@aol.com**

Date of Birth **06-08-1951**    Sex [X] Male [ ] Female    Do You Have a Disability? [ ] Yes [X] No

Please answer each of the next three questions. i. Are you Hispanic or Latino? [ ] Yes [X] No

ii. What is your Race? Please choose all that apply. [X] American Indian or Alaskan Native [ ] Asian [ ] White [ ] Black or African American [ ] Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name **Constance F. Green**    Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105**  City **Cape Coral**    State **FL**  Zip Code **33904**

Home Phone **616 498 2676**    Other Phone **616 498 2676**

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

[X] Employer [ ] Union [ ] Employment Agency [ ] Other (Please Specify) **Potential Employer = Past Employer**

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here [ ] and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**    County **Sarasota**

City **Sarasota**    State **FL** Zip **34236**    Phone **941 861 5000**

Type of Business **county government**    Job Location if different from Org Address

Human Resources Director or Owner Name **Chris Louria**    Phone **941 861 5702**

Number of Employees in the organization at all locations: Please Check (✓) One

[ ] Fewer Than 15 [ ] 15-100 [ ] 101-200 [ ] 201-500 [X] More than 500 **(>2000)**

3. Your Employment Data. Please complete as much as you are able. Are you a federal employee? [ ] Yes [X] No

Date Hired    Job Title At Hire

Pay Rate When Hired    Last or Current Pay Rate

Job Title at Time of Alleged Discrimination    Date Quit/Discharged

Name and Title of Immediate Supervisor:

Date Applicant    Date You Applied for Job    **2014**    Job Title Applied For **Review Engineer Land Development Services** Job Posting # 1711

**Hire date: 5/19/14**

*Complaint # 4*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information (circle which type(s) of genetic information is involved — genetic testing — in family medical history — or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify

If you checked genetic information, how did the employer obtain the genetic information?

_____

Other reason (basis) for discrimination (Explain)

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s) and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 5/16/14   Action: person hired (30) much younger than me-
did have B.S. in civil engineering and FL PE, but had 30 years
less experience than me. Jon Mast, hiring authority
Name and Title of Person(s) Responsible

B. Date: 5/16/14   Action: Additionally Mr. DePaolis work experience
was not as broad and diversified as mine, which is
helpful on development plan reviews
Name and Title of Person(s) Responsible

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
Plus I have a higher level of judgment and engineering
maturity, which is helpful when dealing with developers.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
No knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated better than you?   No knowledge *

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?   *No Knowledge* ✱

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you?   *No Knowledge* ✱

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.   If not, skip to question 13.   Please tell us if you have more than one disability.   Please add additional pages if needed.   *NA*

9.   Please check all that apply
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10.   What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything? (e.g. eating, sleeping, breathing, walking, caring for yourself, working etc.)   *NA*

11.   Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No   *NA*
If "Yes", what medications, medical equipment or other assistance do you use?

12.   Did you ask your employer for any changes or assistance to do your job because of your disability?   *NA*

If "Yes", whom did you ask?   How did you ask (verbally or in writing)?

Describe the changes or assistance you asked for:

How did your employer respond to your request?

✱ *yet - seeking witness testimony*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person, address with and date of contact, result, if any.

*Have had same discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk with EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Homancasa*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT
1) FORM NUMBER/TITLE/DATE.
2) PRINCIPAL PURPOSE.
3) ROUTINE USES.
4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #3*



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission. PLEASE REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question does not apply to you, answer "n/a (not applicable). PLEASE PRINT.

*Time clock never started because County never notifies of outcome of application hiring process.*

**1. Personal Information**

Last Name **Lamancusa**   First Name **James**   MI **Paul**

Street or Mailing Address **1908 SE 43rd St**   Apt or Unit # **105**

City **Cape Coral**   County **Lee**   State **FL**   Zip **33904**

Phone Numbers: Home **941 376 1458**   Work **941 376 1458**

Cell **941 376 1458**   Email Address **jplsarasota@aol-com**

Date of Birth **06-08-1951**   Sex ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   Are you Hispanic or Latino?  ☐ Yes  ☒ No

i. What is your Race? Please choose all that apply. ☒ American Indian or Alaskan Native   ☐ Asian  ☒ White
☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

ii. What is your National Origin (country of origin or ancestry)?   **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name **Constance F. Green**   Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105** City **Cape Coral**   State **FL** Zip Code **33904**

Home Phone **616 498 2676**   Other Phone **616 498 2676**

**2.** I believe that I was discriminated against by the following organization(s): (Check those that apply)   *Potential Employer*

☒ Employer   ☐ Union   ☐ Employment Agency   ☒ Other (Please Specify) **= Past Employer**

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported. If more than one employer is involved, attach additional sheets.)

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**   County **Sarasota**

City **Sarasota**   State **FL** Zip **34236**   Phone **941 861 5000**

Type of Business **County government**   (If Location is different from the Address)

Human Resources Director or Owner Name **Chris Louria**   Phone **941 861 5702**

Number of Employees in the Organization at All Locations: Please Check One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500   **(> 2000)**

**3.** Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired _____   Job Title At Hire _____

Pay Rate When Hired _____   Last or Current Pay Rate _____

Job Title at Time of Alleged Discrimination: _____   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _____

2013 ~~Applied~~   **Environmental Specialist**

**Hire date: 5/16/14**   **Job Posting 1688**

*Complaint #5 qpr*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved [ genetic testing    if family medical history    or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify

If you checked genetic information: how did the employer obtain the genetic information?

Other reason (basis) for discrimination (Explain)

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s) and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/01/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 5/19/14   Action: Person hired (30) **4 qpr** much younger than me,
with a lot fewer years experience than me.

Name and Title of Person(s) Responsible: Kelly Westover, hiring authority

B. Date: 5/19/14   Action: this job involve surface water
sampling, which I have done plenty of, including
sampling of soils, sediments, etc.

Name and Title of Person(s) Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

this is water quality and ecology technical related
work, and she had BA in Anthropology and MS in geography
compared to my B.S. and MS in civil/engineering/water resources.

7. What person(s) were given to you for the job after you were discriminated against? (or Random?) His or her Job Title.
No Knowledge (yet — seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No Knowledge ✱

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

✱ yet — seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?   *No Knowledge* *

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the same as you?   *No Knowledge* *

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.   *NA*

9. Please check all that apply
☐ Yes, I have a disability
☐ I do not have a disability, now but I did have one
☐ No disability, but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., eating, sleeping, breathing, walking, caring for myself, working, etc.)

_____ *NA* _____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?   *NA*
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?   *NA*

If "Yes," when did you ask?_____   How did you ask, verbally or in writing?_____

Why_____

Does he/she approve or reject your request for assistance?

_____

How did your employer respond to your request?_____

*★ yet - seeking witness testimony*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us |
|---|---|---|---|

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be*
*Filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any:
*Have had some discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Tamancusa*                          *01-13-2017*
Signature                                      Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE.

3) ROUTINE USES.

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #6*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission. REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."  *PLEASE PRINT*

*because County never notifies of outcome of application*
*hiring process.* *Time clock never started.*

**1. Personal Information**

Last Name: **Laminacasa**  First Name: **James**  MI: **Paul**

Street or Mailing Address: **1908 SE 43rd St**  Apt or Unit #: **105**

City: **Cape Coral**  County: **Lee**  State: **FL**  Zip: **33904**

Phone Numbers: Home: **941 376 1458**  Work: **941 376 1458**

Cell: **941 376 1458**  Email Address: **jplsarasota@aol.com**

Date of Birth: **06-08-1951**  Sex: ☒ Male ☐ Female  Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.  i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☒ American Indian or Alaskan Native  ☐ Asian  ☐ White
☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?  **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: **Constance F. Green**  Relationship: **Significant Other**

Address: **1908 SE 43rd St Apt 105**  City: **Cape Coral**  State: **FL**  Zip Code: **33904**

Home Phone: **616 498 2676**  Other Phone: **616 498 2676**

**2.** I believe that I was discriminated against by the following organization(s): (Check those that apply.)  *Potential Employer*
☐ Employer  ☐ Union  ☐ Employment Agency  ☒ Other (Please Specify)  *= Past Employer*

Organization Contact Information If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported. If more than one employer is involved, attach additional sheets.

Organization Name: **Sarasota County Board of County Commissioners**

Address: **1660 Ringling Blvd**  County: **Sarasota**

City: **Sarasota**  State: **FL**  Zip: **34236**  Phone: **(941) 861 5000**

Type of Business: **County government**  Job Location if different from Org Address:

Human or Resources Director or Owner Name: **Chris Louria**  Phone: **941 8615702**

Number of Employees in the Organization at All Locations: Please Check One:
☐ Fewer than 15  ☐ 15 - 100  ☐ 101 - 200  ☐ 201 - 500  ☒ More than 500  **(> 2000)**

**3.** Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired:  Job Title At Hire:

Pay Rate When Hired:  Last or Current Pay Rate:

Job Title at Time of Alleged Discrimination:  Date Quit/Discharged:

Name and Title of Immediate Supervisor:

If Job Applicant, Date You Applied for Job  **2014 mid Apr**  Job Title Applied For  **Business Professional II**
**Fleet Administration**
**Job Posting # 1753**

**Hire Date: 4/18/14**
*mr*

*Complaint #6*

**4. What is the reason (basis) for your claim of employment discrimination?**

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ✓ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information (circle which type(s) of genetic information is involved – genetic testing – or family medical history – or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.

(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 4/25/14  Action: the hire is 45, which is 20 years younger than me, which is probably why she got the job over me.

Name and Title of Person(s) Responsible: Melanie Marsh, hiring authority.

B. Date: 4/25/14  Action: the job posting was asking for someone with engineering technology background and administration experience with contracts and budgets which I have.

Name and Title of Person(s) Responsible: _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed

they were favoring the younger person.

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

No knowledge (yet – seeking witness testimony)

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No knowledge *

(If the persons in the same or similar situation as you, who was treated *better* than you?)

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

* yet – seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated *worse* than you?  *No Knowledge* *
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title       Description of Incident

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?  *No Knowledge* *
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title       Description of Incident

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.   *NA*

9.  Please check all that apply          ☐ Yes, I have a disability
                                         ☐ I do not have a disability now but I did have one
                                         ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  *NA*  (e.g. lifting, sleeping, breathing, walking, caring for yourself, working, etc.)

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?   *NA*
     ☐ Yes  ☐ No
     If "Yes", what medications, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?   *NA*
     ☐ Yes  ☐ No
     If "Yes", who did you ask?          How did you ask (verbally or in writing)?

What changes or assistance did you ask your employer for?

Because of your disability, what changes did you ask for?

How did your employer respond to your request?

*＊ yet - seeking witness testimony*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

Full Name          Job Title          Address & Phone Number          What do you believe this person will tell us

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, national origin, sex, age, disability, genetic information, or retaliation for opposing discrimination.

Signature          01-13-2017
          Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE

3) ROUTINE USES

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #7*



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNARE

*because County never notifies of outcome of application hiring process.*     *Time clock never started.*

Last Name **Lamancusa**   First Name **James**   MI **Paul**

Street or Mailing Address **1908 SE 43rd St**   Apt or Unit # **105**

City **Cape Coral**   County **Lee**   State **FL**   Zip **33904**

Phone Numbers: Home **941 376 1458**   Work **941 376 1458**

Cell **941 376 1458**   Email Address **jplsarasota@aol.com**

Date of Birth **06-08-1951**   Sex [x] Male [ ] Female   Do You Have a Disability? [ ] Yes [x] No

Please answer each of the next three questions.   Are you Hispanic or Latino? [ ] Yes [ ] No

1. What is your Race?  Please choose all that apply  [x] American Indian or Alaskan Native  [ ] Asian  [x] White
[ ] Black or African American  [ ] Native Hawaiian or Other Pacific Islander

2. What is your National Origin (country of origin or ancestry)?   **Italy**

Please Provide The Name Of A Person We May Contact If We Are Unable To Reach You.

Name **Constance F. Green**   Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105** City **Cape Coral**   State **FL** Zip Code **33904**

Home Phone **616 498 2676**   Other Phone **616 498 2676**

3. I believe that I was discriminated against by the following organization(s):   (Check those that apply)
[x] Employer  [ ] Union  [ ] Employment Agency  [x] Other (Please Specify) **Potential Employer = Past Employer**

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you
work from home, check here [ ] and provide the address of the office to which you reported.) If more than one employer is
involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**   County **Sarasota**

City **Sarasota**   State **FL** Zip **34236**   Phone **941 861 5000**

Type of Business **County government**   Email Address (if different from org. Address)

Human Resources Director or Owner Name **Chris Louria**   Phone **941 861 5702**

Number of Employees in the Organization at All Locations. Please Check (✓) One:
[ ] Fewer Than 15  [ ] 15 – 100  [ ] 101 – 200  [ ] 201 – 500  [x] More than 500 **(> 2000.)**

4. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? [ ] Yes [ ] No

Date Hired _____   Job Title At Hire _____

Pay Rate When Hired _____   Last or Current Pay Rate _____

Job Title at Time of Alleged Discrimination _____   Date Quit/Discharged _____

Name and Title of Immediate Supervisor: _____

5. (If applicable) Date You Applied for Job **2013**   Job Title Applied For **Manager, Utilities Operations  Job Posting # 1329**

*Hire date: 4/19/14*

*Complaint #7*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: If you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☐ Sex  ☑ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (type that a difference in skin shade within the same race)  ☐ Genetic Information: circle which type(s) of genetic information as involved [ ] genetic testing  [ ] family medical history  [ ] in genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) Also you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor.)

A. Date: **4-19-14**  Action: **Person hired ('50), was 15 years younger than me, and did not have the specialized civil engineering, potable water and wastewater education that I have.**

Name and Title of Person(s) Responsible **Jody Kirkman, hiring authority.**

B. Date: **4-19-14**  Action: **this is a HIGH PUBLIC RISK JOB AND IT IS MORE APPROPRIATE TO HAVE A LICENSED engineer.**

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

**I WASN'T EVEN INTERVIEWED FOR THE JOB AND MY EDUCATION AND EXPERIENCE IS MORE APPROPRIATE AND FAR SUPERIOR.**

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

**No knowledge (yet-seeking witness testimony)**

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

**No knowledge ✳**

Of the persons in the same or similar situation as you, who was treated *better* than you?

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

**✳ yet-seeking witness testimony.**

**✳✳ Apparently, only one targeted candidate was considered, interviewed and hired.**

Of the persons in the same or similar situation as you, who was treated worse than you? **No Knowledge \***

| Full Name | Race, sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you? **No Knowledge \***

| Full Name | Race, sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.    **NA**

9.  Please check all that apply        ☐ Yes, I have a disability
                                        ☐ I do not have a disability now but I did have one
                                        ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything? (e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.)
**NA**

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes", what medication, medical equipment or other assistance do you use?     **NA**

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?    **NA**

If "Yes", whom did you ask? _____  How did you ask (verbally or in writing)? _____

Why did you need the changes and why did you ask for them? _____

Describe the changes you wanted or the help you needed. _____

How did your employer respond to your request? _____

**\* yet - seeking witness testimony**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *Will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any:

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Lamancusa*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT

1. FORM NUMBER/TITLE/DATE

2. PRINCIPAL PURPOSE

4. ROUTINE USES

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION

*Complaint # 8*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or 300 days. In some places a charge of the alleged discrimination. When we receive this form we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." **PLEASE PRINT.** ✱ *Time clock never started because County never notifies of outcome of application hiring process.*

**1. Personal Information**

Last Name **Lamancusa**   First Name **James**   MI **Paul**

Street or Mailing Address **1908 SE 43rd St**   Apt or Unit # **105**

City **Cape Coral**   County **Lee**   State **FL**   Zip **33904**

Phone Numbers: Home **941 376 1458**   Work **941 376 1458**

Cell **941 376 1458**   Email Address **jplsarasota@aol.com**

Date of Birth **06-08-1951**   Sex ☒ Male ☐ Female   Do You Have a Disability? ☒ Yes ☒ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☒ American Indian or Alaskan Native ☐ Indian ☒ White
☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name **Constance F. Green**   Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105**   City **Cape Coral**   State **FL**   Zip code **33904**

Home Phone **616 498 2676**   Other Phone **616 498 2676**

**2. I believe that I was discriminated against by the following organization(s)** (Check those that apply)   *Potential Employer = Past Employer*

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**   County **Sarasota**

City **Sarasota**   State **FL** Zip **34236**   Phone **941 861 5000**

Type of Business **County government**   Email Address

Human Resources Director or Owner Name **Chris Louria**   Phone **941 8615702**

Number of Employees in the Organization at All Locations: Please Check One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500   **(> 2000)**

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired   Job Title At Hire

Pay Rate When Hired   Last or Current Pay Rate

Job Title at Time of Alleged Discrimination   Date Quit/Discharged

Name and Title of Immediate Supervisor

When Job Applied - Date You Applied for Job **2013**   Job Title Applied For **Project Manager Coastal Services   Job Posting # 1592**

*Hire Date : 3/8/14*

COMPLAINT #8

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race; if you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (especially a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: genetic testing / family medical history / or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s) and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)

A. Date: 3/18/14   Action: Person favored because he was 10 years younger than me, and even though he gote low reg rank (35%) he was hired and I wasn't even interviewed

Name and Title of Person(s) Responsible: Brenda Fisher, hiring authority

B. Date: 3/18/14   Action: My related experience includes providing engineering for wetland restoration, massive earthwork engineering related to landfill construction.

Name and Title of Person(s) Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I've also worked on lake restoration projects (lakes that have eutrophied) - have filled in with weeds/sediment

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

No Knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No Knowledge *

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|------------------------|

A.

B.

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you? *No Knowledge* ✱
   Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Incident

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you? *No Knowledge* ✱
   Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Incident

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.    *NA*

9. Please check all that apply
   ☐ Yes I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g. sitting, sleeping, breathing, walking, caring for yourself, working, etc.)
   *NA*

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
   If Yes, what medication, medical equipment or other assistance do you use?   *NA*

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   *NA*

If Yes, when did you ask?                    How did you ask (verbally or in writing)?

Who did you ask (name and job title of person you asked)?

Describe the change or assistance you asked for:

How did your employer respond to the request?

✱ *yet - seeking witness testimony.*

Of the persons in the same or similar situation as you, who was treated worse than you? *No Knowledge* *

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B. ____

Of the persons in the same or similar situation as you, who was treated the same as you? *No Knowledge* *

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed. *NA*

9.  Please check all that apply
    ☐ Yes, I have a disability
    ☐ I do not have a disability now, but I did have one
    ☐ No disability, but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  e.g. seeing, sleeping, breathing, walking, eating, or others?  working, etc.
*NA*

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes ☐ No
If Yes, what medications, medical equipment or other assistance do you use? *NA*

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
     ☐ No ☐ Yes
If "Yes", when did you ask?  How did you ask verbally or in writing? *NA*
Who did you ask? (full name and job position)

Describe the changes or assistance you asked for.

How did your employer respond to your request?

*⭐ yet — seeking witness testimony.*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet, no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P Lamancusa*                    *01-13-2017*
Signature                                Today's Date

PRIVACY ACT STATEMENT.
1) FORM NUMBER/TITLE/DATE.
3) PRINCIPAL PURPOSE.

4) ROUTINE USES.

5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #9*



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A".

**#Time clock never started because County never notifies of outcome of application hiring process.**

### 1. Personal Information

Last Name: *Lamancusa*   First Name: *James*   *Paul*

Street or Mailing Address: *1908 SE 43rd St*   Apt or Unit #: *105*

City: *Cape Coral*   County: *Lee*   State: *FL*   Zip: *33904*

Phone Numbers: Home: *941 376 1458*   Work: *941 376 1458*

Cell: *941 376 1458*   Email Address: *jplsarasota@aol.com*

Date of Birth: *06-08-1951*   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☑ White

☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? *Italy*

Please Provide The Name of A Person We Can Contact If We Are Unable To Reach You:

Name: *Constance F. Green*   Relationship: *Significant Other*

Address: *1908 SE 43rd St Apt 105*   City: *Cape Coral*   State: *FL*   Zip Code: *33904*

Home Phone: *616 498 2676*   Other Phone: *616 498 2676*

### 2. I believe that I was discriminated against by the following organization(s) (check those that apply):

☐ Employer ☐ Union ☐ Employment Agency ☑ Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: *Sarasota County Board of County Commissioners*

Address: *1660 Ringling Blvd*   County: *Sarasota*

City: *Sarasota*   State: *FL*   Zip: *34236*   Phone: *941 861 5000*

Type of Business: *County government*   Job Location if different from Org. Address:

Human Resources Director or Owner Name: *Chris Louria*   Phone: *941 861 5702*

Number of Employees in the Organization at All Locations. Please Check One:

☐ Fewer Than 15 ☐ 15 - 100 ☐ 101 - 200 ☐ 201 - 500 ☑ More than 500 *(> 2000)*

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired:   Job Title At Hire:

Pay Rate When Hired:   Last or Current Pay Rate:

Job Title at Time of Alleged Discrimination:   Date Quit/Discharged:

Name and Title of Immediate Supervisor:

If Job Applicant, Date You Applied for Job: *2013*   Job Title Applied For: *Project Manager, Administrator III Job Posting #*

*Hire date: 3/10/14*

*Complaint #9 (cont)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your race, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information, circle which type(s) of genetic information is involved: genetic testing / family medical history / use genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify

If you checked genetic information, how did the employer obtain the genetic information?

_____

Other reason (basis) for discrimination (Explain):

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 3/10/14    Action: *this person (59) is closer to my age,*
*but it sure appears evident that County avoids applicants*
*in their 60s because I was equally or better qualified and*
Name and Title of Person(s) Responsible *should have at least been interviewed.*

B. Date: 3/10/14    Action: *Apparently only one large Tted candidate*
*considered/interviewed and hired.*
Name and Title of Person(s) Responsible *Lori Carroll, hiring authority*

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

*this job one (which is HIGH PUBLIC RISK JOB) allows the*
*1:1 DD (downgrading college-diplomas) swap of experience for college*

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

*No Knowledge (yet-seeking witness testimony)*

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

*No Knowledge* ✳

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

A.

B.

✳ *yet- seeking witness testimony.*

Of the persons in the same or similar situation as you, who was treated *worse* than you?  **No Knowledge \***
  Full Name          Race, Sex, Age, National Origin, Religion or Disability     Job Title          Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?  **No Knowledge \***
  Full Name          Race, Sex, Age, National Origin, Religion or Disability     Job Title          Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.  **NA**

9.  Please check all that apply
        ☐ Yes, I have a disability
        ☐ I do not have a disability now, but I did have one
        ☐ No disability, but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g. eating, sleeping, breathing, walking, caring for oneself, working, etc.)  **NA**

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?  **NA**
        ☐ Yes ☐ No
If Yes, what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?  **NA**
        ☐ Yes ☐ No

If Yes, when did you ask?_____ How did you ask (verbally or in writing)?_____

Who did you ask? (Name and Job Title)_____

Describe the changes or assistance that you asked for:

_____

_____

How did your employer respond to your request?

**\* yet - seeking witness testimony**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be*
*filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any:

*Have had same discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: pro per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Lamarcus*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE.

2) PRINCIPAL PURPOSE.

3) ROUTINE USES.

5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #10*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

*Time clock never started because County never notifies of outcome of application hiring process.*

Last Name: **Lamancusa**   First Name: **James**   MI **Paul**

Street or Mailing Address: **1908 SE 43rd St**   Apt or Unit #: **105**

City: **Cape Coral**   County: **Lee**   State: **FL**   Zip: **33904**

Phone Numbers: Home **941, 376 1458**   Work **941 376 1458**

Cell **941 376 1458**   Email Address: **jplsarasota@aol.com**

Date of Birth **06-08-1951**   Sex ☒Male ☐Female   Do You Have a Disability? ☐Yes ☒No

Please answer each of the next three questions. Are you Hispanic or Latino? ☐Yes ☒No

a. What is your Race? Please choose all that apply. ☐American Indian or Alaskan Native ☐Asian ☒White

☐Black or African American ☐Native Hawaiian or Other Pacific Islander

b. What is your National Origin (country of origin or ancestry)? **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: **Constance F. Green**   Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105** City **Cape Coral**   State **FL** Zip Code **33904**

Home Phone **616 498 2676**   Other Phone **616 498 2676**

2. I believe that I was discriminated against by the following organization(s): Check those that apply.

☒Employer ☐Union ☐Employment Agency ☒Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported. If more than one employer is involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**   County **Sarasota**

City **Sarasota**   State **FL** Zip **34236**   Phone **941 861 5000**

Type of Business **County government**   Location if different from City Address:

Human Resources Director or Owner Name **Chris Louria**   Phone **941 8615702**

Number of Employees in the Organization at All Locations: Please Check One

☐Fewer Than 15 ☐15-100 ☐101-200 ☐201-500 ☒More than 500 **(>2000)**

3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐Yes ☒No

Date Hired: _____   Job Title At Hire: _____

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _____   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _____

Job Title Applied For/Job Applied for on **2013**   Job Title Applied For: **Contracts Manager**

**Hire date: 1/13/14**   **Job Posting #1034**

*Complaint # 10*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: If you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☐ Sex  ☑ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information, circle which type(s) of genetic information is involved: i genetic testing  ii family medical history  iii genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of injury, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)

A. Date: 1/13/14  Action: Person (49), fifteen years younger than me hired, even though I have considerably more years contract management experience including with this complicated contracts

Name and Title of Person(s) Responsible: Mike Myles – hiring authority

B. Date: 1/13/14  Action: this person has residential building experience which doesn't match up with the utilities experience that I have in civil water resources engineering

Name and Title of Person(s) Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

the job posting has minimum qualification that allows 1:1 DD swap of work experience for college education.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

No Knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

No Knowledge ✱

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

✱ yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?   **No Knowledge** *

    Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you?   **No Knowledge** *

    Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.   **NA**

9.  Please check all that apply
- [ ] Yes, I have a disability
- [ ] I do not have a disability now, but I did have one
- [ ] No disability, but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.   **NA**

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
- [ ] Yes [ ] No
If "Yes," what medication, medical equipment or other assistance do you use?   **NA**

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
- [ ] Yes [ ] No
If "Yes," when did you ask? _____   How did you ask, verbally or in writing? _____   **NA**
Who did you ask? _____ (please list name and title, if known)

Describe the changes or assistance you asked for: _____

How did your employer respond to your request? _____

*yet - seeking witness testimony.

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|----------------------------------------------|

A.

B.

14. Have you filed a charge previously in this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be*
*Filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Result, if any?

*Have had some discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, national origin, sex, disability, age, genetic information or retaliation for opposing discrimination.

*James P Lamancusa*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE.

2) PRINCIPAL PURPOSE.

3) ROUTINE USES.

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #11*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some states within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." PLEASE PRINT.

*Time clock never started
because County never notifies of outcome of application
hiring process.*

1. Personal Information

Last Name: **Lamancusa**   First Name: **James**   MI: **Paul**

Street or Mailing Address: **1908 SE 43rd St**   Apt or Unit #: **105**

City: **Cape Coral**   County: **Lee**   State: **FL**   Zip: **33904**

Phone Numbers: Home: **941 376 1458**   Work: **941 376 1458**

Cell: **941 376 1458**   Email Address: **jplsarasota@aol.com**

Date of Birth: **06-08-1951**   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☑ White
☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: **Constance F. Green**   Relationship: **Significant Other**

Address: **1908 SE 43rd St Apt 105**   City: **Cape Coral**   State: **FL**   Zip Code: **33904**

Home Phone: **616 498 2676**   Other Phone: **616 498 2676**

2. I believe that I was discriminated against by the following organization(s): (Check those that apply.)   *Potential Employer*
☐ Employer ☐ Union ☐ Employment Agency ☑ Other (Please Specify): *= Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: **Sarasota County Board of County Commissioners**

Address: **1660 Ringling Blvd**   County: **Sarasota**

City: **Sarasota**   State: **FL** Zip: **34236**   Phone: **941 861 5000**

Type of Business: **County government**   Location if different from Org. Address:

Human Resources Director or Owner Name: **Chris Louria**   Phone: **941 861 5702**

Number of Employees in the Organization at All Locations: Please Check (✓) One:
☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑ More than 500 **(>2000)**

3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: ____   Job Title At Hire: ____

Pay Rate When Hired: ____   Last or Current Pay Rate: ____

Job Title at Time of Alleged Discrimination: ____   Date Quit/Discharged: ____

Name and Title of Immediate Supervisor: ____

If Job Applicant, Date You Applied for Job: **2013**   Job Title Applied For: **Business Professional I**

**Hire date: 12/14/13**   **Job Posting #**

*Complaint #11 (cont.)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☐ Sex  ☑ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic information: circle which type(s) of genetic information is involved (genetic testing  or family medical history  or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the act(s), and the person(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
Example: 10/02/06 — Discharged by Mr. John Soto, Production Supervisor.

A. Date 12/14/13   Action: person hired is (50) 15 years younger than me, and she doesn't have the judgment and skills any where close to what I have.

Name and Title of Person(s) Responsible: Tom Maroney, hiring authority

B. Date 12/14/13   Action: which is important because she has to make judgments related to traffic issues, such as safe sight distance.

Name and Title of Person(s) Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
She went from being an administrative assistant to this job, which requires considerable understanding of infrastructure projects, and I wasn't even interviewed.

7. What reason was given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
No knowledge (yet - seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did; who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No knowledge ✱

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

✱ yet - seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated *worse* than you? **No Knowledge** *
  Full Name        Race, Sex, Age, National Origin, Religion or Disability   Job Title   Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you? **No Knowledge** *
  Full Name        Race, Age, Age, National Origin, Religion or Disability   Job Title   Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.   **NA**

9. Please check all that apply          ☐ Yes, I have a disability
                                         ☐ I do not have a disability now, but I did have one
                                         ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g. caring, sleeping, breathing, walking, caring for yourself, working, etc.)   **NA**

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes ☐ No
    If "Yes" what medication, medical equipment or other assistance do you use?   **NA**

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes ☐ No                                                                    **NA**

If "Yes" when did you ask?                     How did you ask (verbally or in writing)?

Who did you ask? Please tell name and title of person

Describe the changes or assistance you asked for

How did your employer respond to your request?

**\* yet — seeking witness testimony**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

Full Name          Job Title          Address & Phone Number          What do you believe this person will tell us?

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *Will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place which has a state or local government agency that enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Lemancusa*
_____
Signature

*01-13-2017*
_____
Today's Date

PRIVACY ACT STATEMENT
1) FORM NUMBER/TITLE/DATE.
2) PRINCIPAL PURPOSE.
charge. 4) ROUTINE USES. EEOC may
EEOC functions.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint # 12*



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." *(PLEASE PRINT)*

**★Time clock never started, because County never notifies of outcome of application hiring process.**

**1. Personal Information**

Last Name **Lamancusa**    First Name **James**    MI **Paul**

Street or Mailing Address **1908 SE 43rd St**    Apt or Unit # **105**

City **Cape Coral**    County **Lee**    State **FL**    Zip **33904**

Phone Numbers: Home **941 376 1458**    Work **941 376 1458**

Cell **941 376 1458**    Email Address **jplsarasota@aol.com**

Date of Birth **06-08-1951**    Sex ☐ Male ☐ Female    Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☒ White
☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Italy**

Please Provide The Name of A Person We Can Contact If We Are Unable To Reach You:

Name **Constance F. Green**    Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105** City **Cape Coral**    State **FL** Zip Code **33904**

Home Phone **616 498 2676**    Other Phone **616 498 2676**

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

**Potential Employer = Past Employer**

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**    County **Sarasota**

City **Sarasota**    State **FL** Zip **34236**    Phone **941 861 5000**

Type of Business **County government**    Job Location if different from Org. Address

Human Resource Director or Owner Name **Chris Louria**    Phone **941 861 5702**

Number of Employees in the Organization at All Locations: Please Check (✔) One

☐ Fewer than 15 ☐ 15 - 100 ☐ 101 - 200 ☐ 201 - 500 ☒ More than 500 **(> 2000)**

3. Your Employment Data. Complete as many items as you are able. Are you a federal employee? ☐ Yes ☐ No

Date Hired _____    Job Title At Hire _____

Pay Rate When Hired _____    Last or Current Pay Rate _____

Job Title at Time of Alleged Discrimination _____    Date Quit/Discharged _____

Name and Title of Immediate Supervisor _____

If Job Applicant, Date You Applied for Job **2013**    Job Title Applied For **unfit/unsafe/ULA**

**Hire Date : 12/14/13    Investigations Supervisor — Business Professional I. Job Posting# 1541**

Complaint # 12 (cont.)

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check out that apply. If your complaint about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved  i  genetic testing   ii  family medical history   or  genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.

(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor.)

A. Date: 12/19/13   Action this guy was (5~) considerably younger than me (not close to retirement age yet) and he only had police officer certification for a job that requires advanced skills

Name and Title of Person(s) Responsible

B. Date: 12/19/13   Action especially as it relates to whether a structure is safe (structural engineering)

Name and Title of Person(s) Responsible Greg Yantorno, hiring authority

6. Why do you believe these actions were discriminatory? Please attach additional for college the K/8D swap of work experience was allowed here, which takes away my college education advantage and allows a targetted candidate to get the job and I wasn't

7. What reason(s) _____ No knowledge (yet-seeking witness testimony) even interviewed!!

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No Knowledge *

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you? **No Knowledge** *

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title          Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you? **No Knowledge** *

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title          Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed. **NA**

9.  Please check all that apply          ☐ Yes, I have a disability.
                                          ☐ I do not have a disability now but I did have one
                                          ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.) **NA**

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes", what medication, medical equipment or other assistance do you use? **NA**

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No
If "Yes", when did you ask?               How did you ask (verbally or in writing)? **NA**

Who did you ask? (Please give us name and title of person)

Describe the changes or assistance you asked for?

How did your employer respond to your request?

**\* yet - seeking witness testimony**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

Full Name:      Job Title      Address & Phone Number      What do you believe this person will tell us?

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes  ☒

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☐ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, national origin, sex, age, disability, genetic information, or retaliation for opposing discrimination.

*James P. Iannancusa*                     *01-13-2017*
_____                  _____
Signature                                Today's Date

PRIVACY ACT STATEMENT:
1) FORM NUMBER/TITLE/DATE.
2) PRINCIPAL PURPOSE.
3) ROUTINE USES.
4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #13*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or 300 days ... in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine ... EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." PLEASE PRINT.  *Time clock never started.*

*because County never notifies of outcome of application hiring process.*

1. Personal Information

Last Name  *Lamancusa*   First Name  *James*   MI  *Paul*

Street or Mailing Address  *1908 SE 43rd St*   Apt or Unit #  *105*

City  *Cape Coral*   County  *Lee*   State  *FL*   Zip  *33904*

Phone Number: Home  *941 376 1458*   Work  *941 376 1458*

Cell  *941 376 1458*   Email Address  *jpisarasota@aol.com*

Date of Birth  *06-08-1951*   Sex  ☑ Male  ☐ Female   Do You Have a Disability?  ☐ Yes  ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino?  ☐ Yes  ☑ No

ii. What is your Race?  Please choose all that apply.  ☐ American Indian or Alaskan Native  ☐ Asian   ☑ White
☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?   *Italy*

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name  *Constance F. Green*   Relationship  *Significant Other*

Address  *1908 SE 43rd St Apt 105*  City  *Cape Coral*   State  *FL*  Zip Code  *33904*

Home Phone  *616 498 2676*   Other Phone  *616 498 2676*

2. I believe that I was discriminated against by the following organization(s): (Check those that apply.)   *Potential Employer = Past Employer*

☑ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name  *Sarasota County Board of County Commissioners*

Address  *1660 Ringling Blvd*   County  *Sarasota*

City  *Sarasota*   State  *FL*  Zip  *34236*  Phone  *941 861 5000*

Type of Business  *county government*   County (if different from City Address)

Human Resources Director or Owner Name  *Chris Louria*   Phone  *941 861 5702*

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑ More than 500  *(> 2000)*

3. Your Employment Data (complete as below items as you are able.) Are you a federal employee?  ☐ Yes  ☐ No

Date Hired:   Job Title At Hire:

Pay Rate When Hired:   Last or Current Pay Rate:

Job Title at Time of Alleged Discrimination:   Date Quit/Discharged:

Name and Title of Immediate Supervisor:

If Job Applicant, Date You Applied for Job  *2013*   Job Title You Applied For  *Business Professional III*

*Hire Date: 12/13/13*   *Job Posting #1512*

Complaint # 13 (Cont)

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (explicitly a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved [ genetic testing    or    family medical history    or    genetic services (genetic services means counseling, education or testing)]

If you checked color, religion or national origin, please specify _____

(If you checked genetic information, how did the employer obtain the genetic information) _____

_____

Other reason (basis) for discrimination (Explain)

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/01/06 - Discharged by Mr. John Soto, Production Supervisor)

A. Date 12/13/13          Action: this person (36) is far younger than me; and even though I qualified and could have done the job well

Name and Title of Person(s) Responsible: Linda Darley, hiring authority

B. Date _____     Action _____ I wasn't even brought in for an interview

Name and Title of Person(s) Responsible

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_____

_____

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

No Knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No Knowledge *

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?   *No Knowledge* ✱

Full Name      Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A. _____

_____

B. _____

Of the persons in the same or similar situation as you, who was treated the same as you?   *No Knowledge* ✱

Full Name      Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A. _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.   *NA*

9.  Please check all that apply        ☐ Yes, I have a disability
                                        ☐ I do not have a disability now, but I did have one
                                        ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  e.g., sitting, sleeping, breathing, walking, caring for yourself, working, etc.   *NA*

_____

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes ☐ No                                                             *NA*
If "Yes," what medications, medical equipment or other assistance do you use?

_____

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
     ☐ Yes ☐ No                                                             *NA*
If "Yes," when did you ask? _____   How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title, if you know.) _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

*✱ yet - seeking witness testimony*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be*
*filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James Yamamura.*                    01-13-2017
Signature                              Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE.

3) PRINCIPAL PURPOSE.

4) ROUTINE USES.

5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

November 2006

*Complaint #14*



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days ... their proces within 30 days of the alleged "harassment. When we receive this form. we will review it to determine ... Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question ... not applicable, write "N/A." *(PLEASE PRINT) ✱Time clock never started*

*because County never notifies of outcome of application hiring process.*

1. Personal Information

Last Name *Lamancusa*   First Name *James*   MI *Paul*

Street or Mailing Address *1908 SE 43rd St*   Apt or Unit # *105*

City *Cape Coral*   County *Lee*   State *FL*   Zip *33904*

Phone Numbers: Home *941 376 1458*   Work *941 376 1458*

Cell *941 376 1458*   Email Address *jplsarasota@aol.com*

Date of Birth *06-08-1951*   Sex ☑Male ☐Female   Do You Have a Disability? ☐Yes ☑No

Please answer each of the next three questions.   Are you Hispanic or Latino? ☐Yes ☑No

a. What is your Race? Please choose all that apply. ☑American Indian or Alaskan Native ☐Asian ☑White
☐Black or African American ☐Native Hawaiian or Other Pacific Islander

b. What is your National Origin (country of origin or ancestry)? *Italy*

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name *Constance F. Green*   Relationship *Significant Other*

Address *1908 SE 43rd St Apt 105*   City *Cape Coral*   State *FL*   Zip Code *33904*

Home Phone *616 498 2676*   Other Phone *616 498 2676*

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☐Employer ☐Union ☑Employment Agency ☑Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information. If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☑ and provide the address of the office to which you reported. If more than one employer is attached, attach additional sheets.

Organization Name *Sarasota County Board of County Commissioners*

Address *1660 Ringling Blvd*   County *Sarasota*

City *Sarasota*   State *FL* Zip *34236*   Phone *941 861 5000*

Type of Business *county government*   Location if different from mailing Address

Human Resources Director or Owner Name *Chris Louria*   Phone *941 861 5702*

Number of Employees in the Organization at All Locations. Please Check One
☐Fewer than 15   ☐15 - 100   ☐101 - 200   ☐201 - 500   ☑More than 500 *(> 2000)*

3. Your Employment Data. Complete as many items as you are able. Are you a federal employee? ☐Yes ☑No

Date Hired: _____   Job Title At Hire: _____

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title & Time of Alleged Discrimination: _____   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _____

Date Application/ Date You Applied for Job *2013*   Job Title Applied For *Project Manager, Administrator III   Job Posting #1494*

*Hire dates: 12/1/13*

Complaint #14 (Cont.)

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved (genetic testing / family medical history / for genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, does did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date 12/1/13   Action this person (32) much younger than me, did not have an MSEE like me, and was not a

Name and Title of Person(s) Responsible John Chapman, hiring authority.

B. Date 12/1/13   Action registered professional engineer either; yet even though

Name and Title of Person(s) Responsible

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed

I was more qualified, I wasn't even brought in for an interview.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

No Knowledge (yet - seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No Knowledge ✱

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

✱ yet - seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated worse than you?   *No Knowledge* *

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title          Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you?   *No Knowledge* *

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title          Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.   *NA*

9. Please check all that apply.
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.)   *NA*

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes   ☐ No
    If "Yes," what medication, medical equipment or other assistance do you use?   *NA*

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes   ☐ No   *NA*
    If "Yes," when did you ask?              How did you ask (verbally or in writing)?

    Who did you ask? (Please give the full name and job title)

    How would the change or assistance help you?

    How did your employer respond to your request?

*yet - seeking witness testimony.*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

Last Name    First Last    Address & Phone Number    What do you believe this person will/will be

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be*
*filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet;*
*no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Jamacaro*                    01-13-2017
Signature                              Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE

3) ROUTINE USES

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION

*Complaint # 15*





U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

*Time clock never started*
*because County never notifies of outcome of application*
*hiring process.*

Last Name: *Lamancusa*   First Name: *James*   MI: *Paul*

Street or Mailing Address: *1908 SE 43rd St*   Apt or Unit #: *105*

City: *Cape Coral*   County: *Lee*   State: *FL*   Zip: *33904*

Phone Numbers: Home: *941 376 1458*   Work: *941 376 1458*

Cell: *941 376 1458*   Email Address: *jplsarasota@aol-com*

Date of Birth: *06-08-1951*   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Are you Hispanic or Latino? ☐ Yes ☐ No

What is your Race? ☐ American Indian or Alaskan Native   ☐ Asian   ☑ White
☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

What is your National Origin (country of origin or ancestry)? *Italy*

Please Provide The Name of a Person We Can Contact If We Are Unable To Reach You

Name: *Constance F. Green*   Relationship: *Significant Other*

Address: *1908 SE 43rd St Apt 105*   City: *Cape Coral*   State: *FL*   Zip Code: *33904*

Home Phone: *616 498 2676*   Other Phone: *616 498 2676*

☐ Employer ☐ Union ☐ Employment Agency ☑ Other (Please specify) *Potential Employer = Past Employer*

Organization Contact Information

Organization or Name: *Sarasota County Board of County Commissioners*

Address: *1660 Ringling Blvd*   County: *Sarasota*

City: *Sarasota*   State: *FL* Zip: *34236*   Phone: *941 861 5000*

Type of Business: *County government*

Human Resources Director or Owner Name: *Chris Louria*   Phone: *941 8615702*

Number of Employees: ☑ More than 500 *( > 2000 )*

*2013*   Job Title: *Business Manager II, Solid Waste Job Posting # 1500*

*Hire date: 11/21/13*

*Complaint # 15 (cont)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: genetic testing     family medical history     (in actions, services, genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/06—Discharged by Mr. John Soto (Production Supervisor))

A. Date: 11/21/13    Action: *This hire (29) far younger than me, has a BA in English that doesn't have much relevance, and*
Name and Title of Person(s) Responsible: *Louis Rose, hiring authority*

B. Date: 11/21/13    Action: *even though I was the engineer of record for design,*
Name and Title of Person(s) Responsible:

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
*permitting and construction (& operations Mgr.) for a 1000-ton/day 350-ac landfill in MI (6yrs), I wasn't even interviewed.*

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
*No knowledge (yet-seeking witness testimony)*

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of those individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed. *No.Knowledge* ✱

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

_____

B.

_____

*✱ yet-seeking witness testimony.*

Of the persons in the same or similar situation as you, who was treated *worse* than you?   **No Knowledge ✳**
Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?   **No Knowledge ✳**
Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.   **NA**

9. Please check all that apply        ☐ Yes, I have a disability
                                       ☐ I do not have a disability now but I did have one
                                       ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? e.g., eating, sleeping, breathing, walking, caring for yourself, working, etc.?   **NA**

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes  ☐ No                                                                                   **NA**
If Yes, what medications, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?   **NA**
    ☐ Yes  ☐ No

If Yes, when did you ask?                         How did you ask – verbally or in writing?

Who did you ask? Please provide name and job title of person?

Describe the changes or assistance that you asked for?

How did your employer respond to your request?

**✳ yet - seeking witness testimony.**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

Full Name        Job Title        Address & Phone Number        What do you believe this person will tell us?

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *Will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any:
*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Marcusa*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE.

2) PRINCIPAL PURPOSE.

3) ROUTINE USES.

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

Complaint # 16



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

*Time clock never started,
because County never notifies of outcome of application
hiring process.

**1. Personal Information**

Last Name: Lamancusa    First Name: James    MI: Paul

Street or Mailing Address: 1908 SE 43rd St    Apt or Unit #: 105

City: Cape Coral    County: Lee    State: FL    Zip: 33904

Phone Numbers: Home: 941 376 1458    Work: 941 376 1458

Cell: 941 376 1458    Email Address: jplsarasota@aol.com

Date of Birth: 06-08-1951    Sex: ☑Male ☐Female    Do You Have a Disability? ☐Yes ☑No

Please answer each of the next three questions. 1. Are you Hispanic or Latino? ☐Yes ☑No

2. What is your Race? Please choose all that apply. ☑American Indian or Alaskan Native    ☐Asian    ☐White
☐Black or African American ☐Native Hawaiian or Other Pacific Islander

3. What is your National Origin (country of origin or ancestry)? Italy

Please Provide The Name of A Person We Can Contact If We Are Unable To Reach You

Name: Constance F. Green    Relationship: Significant Other

Address: 1908 SE 43rd St Apt 105    City: Cape Coral    State: FL    Zip Code: 33904

Home Phone: 616 498 2676    Other Phone: 616 498 2676

2. I believe that I was discriminated against by the following organization(s): (Check those that apply.)
☐Employer ☐Union ☐Employment Agency ☑Other (Please Specify) Potential Employer = Past Employer

Organization Contact Information - If the organization is an employer, provide the address where you actually worked. If you
work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is
involved, attach additional sheets.

Organization Name: Sarasota County Board of County Commissioners

Address: 1660 Ringling Blvd    County: Sarasota

City: Sarasota    State: FL    Zip: 34236    Phone: 941 861 5000

Type of Business: County government    Job Location if different from Org. Address:

Human Resources Director or Owner Name: Chris Louria    Phone: 941 8615702

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐Fewer than 15    ☐15 - 100    ☐101 - 200    ☐201 - 500    ☑More than 500    (>2000)

3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐Yes ☑No

Date Hired:    Job Title At Hire:

Pay Rate When Hired:    Last or Current Pay Rate:

Job Title at Time of Alleged Discrimination:    Date Quit/Discharged:

Name and Title of Immediate Supervisor:

... When Applied for ...: 2013    Job Title Applied For: Stormwater Engineer,
Technical Specialist III
Job Posting # 1388

Hire date: 10/21/13

**Complaint #16 (cont)**

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☐ Sex  ☑ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information, circle which type(s) of genetic information is involved  ☐ genetic testing  ☐ family medical history  ☐ genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify

If you checked genetic information, how did the employer obtain the genetic information?

_____

Other reason (basis) for discrimination (Explain)

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)

A. Date 10/21/13   Action _this is another case of a younger guy (41)_
_getting hired instead of an old guy in his 60s._

Name and Title of Person(s) Responsible: _Molly Williams, hiring authority_

B. Date 10/21/13   Action

Name and Title of Person(s) Responsible

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_____

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

_No Knowledge (yet-seeking witness testimony)_

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?    _No Knowledge_ *

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

_* yet-seeking witness testimony._

Of the persons in the same or similar situation as you, who was treated worse than you? No Knowledge *

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you? No Knowledge *

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.        NA

9. Please check all that apply
    ☐ Yes, I have a disability
    ☐ I do not have a disability now but I did have one
    ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? e.g. lifting, sleeping, breathing, walking, caring for yourself, working, etc.
    NA

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes ☐ No                                                                NA
    If Yes, what medications, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes ☐ No                                                                NA
    If "Yes," when did you ask?                    How did you ask (verbally or in writing)?

Who did you ask? Which department or person?

Describe the changes or assistance that you asked for?

How did your employer respond to your request?

* yet - seeking witness testimony

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Zumancusa*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE.

2) PRINCIPAL PURPOSE.

3) ROUTINE USES.

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #17*



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some cases within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." **PLEASE PRINT** *Time clock never started.*

because County never notifies of outcome of application hiring process.

**1. Personal Information**

Last Name _Lamancusa_   First Name _James_   MI _Paul_

Street or Mailing Address _1908 SE 43rd St_   Apt or Unit # _105_

City _Cape Coral_   County _Lee_   State _FL_   Zip _33904_

Phone Numbers: Home _941 376 1458_   Work _941 376 1458_

Cell _941 376 1458_   Email Address _jplsarasota@aol-com_

Date of Birth _06-08-1951_   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   Are you Hispanic or Latino? ☐ Yes ☒ No

i. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☒ White

☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

ii. What is your National Origin (country of origin or ancestry)? _Italy_

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name _Constance F. Green_   Relationship _Significant Other_

Address _1908 SE 43rd St Apt 105_ City _Cape Coral_   State _FL_ / Zip Code _33904_

Home Phone _616 498 2676_   Other Phone _616 498 2676_

**2.** I believe that I was discriminated against by the following organization(s): (Check those that apply.)
☐ Employer   ☐ Union   ☐ Employment Agency   ☒ Other (Please specify) _Potential Employer = Past Employer_

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name _Sarasota County Board of County Commissioners_

Address _1660 Ringling Blvd_   County _Sarasota_

City _Sarasota_   State _FL_ Zip _34236_   Phone _941 861 5000_

Type of Business _County government_   Job Location if different from Org. Address

Human Resources Director or Owner Name _Chris Louria_   Phone _941 8615702_

Number of Employees at the Organization at All Locations: Please Check (✓) One:

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500 _( > 2000 )_

**3.** Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired _____   Job Title At Hire _____

Pay Rate When Hired _____   Last or Current Pay Rate _____

Job Title at Time of Alleged Discrimination: _____   Date Quit/Discharged _____

Name and Title of Immediate Supervisor: _____

Date Employment Denied or Job Applied for: _2013_   Job Title Applied For _Capital Projects, Facilities Manager   Job Posting # 1319_

_Hire date: 9/21/13_

Complaint # 17 (cont)

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: If you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information (circle which type(s) of genetic information is involved □ genetic testing □ family medical history □ or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 9/21/13   Action: Again, the County is okay with hiring some one in their 30s (=52), but even though I

Name and Title of Person(s) Responsible:

B. Date: 9/21/13   Action: qualified for this job and have worked on similar projects (e.g. for NPS), they

Name and Title of Person(s) Responsible: Isaac Brownman, Hiring Authority

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed

didn't even bring me in for an interview~

7. What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?

No Knowledge (yet-seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

No Knowledge *

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A.

B.

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated *worse* than you?   *No Knowledge* ✳
  Full Name          Race, Sex, Age, National Origin, Religion or Disability   Job Title      Description of Incident

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?   *No Knowledge* ✳
  Full Name          Race, Sex, Age, National Origin, Religion or Disability   Job Title      Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.   *NA*

9.  Please check all that apply            ☐ Yes, I have a disability
                                           ☐ I do not have a disability now, but I did have one
                                           ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.)   *NA*

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes ☐ No                                                      *NA*
If "Yes" what medications, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
     ☐ Yes ☐ No                                                      *NA*
If "Yes" when did you ask?_____  How did you ask verbally or in writing?

Who did you ask?_____ Describe their job_____

Describe the changes or assistance you asked for?

How did your employer respond to your request?

✳ *yet - seeking witness testimony*

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

Full Name        Job Title        Address & Phone Number        What do you believe this person will tell us?

A.

B.

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Result, if any?

*Have had same discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge, filing a discrimination, you must do so either within 180 days or from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Hernandez*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT:
1) FORM NUMBER/TITLE/DATE.
2) AUTHORITY.
3) PRINCIPAL PURPOSE.
4) ROUTINE USES.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

November 2009

*Complaint # 18*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your response. See [?] of this form to know this answer to a question, answer as stating "not known." If a question is not applicable, write "N/A." **PLEASE PRINT.** *Time clock never started because County never notifies of outcome of application hiring process.*

1. Personal Information

Last Name **Lamancusa**     First Name **James**     MI **Paul**

Street or Mailing Address **1908 SE 43rd St**     Apt or Unit # **105**

City **Cape Coral**     County **Lee**     State **FL**   Zip **33904**

Phone Numbers: Home **941 376 1458**     Work **941 376 1458**

Cell **941 376 1458**     Email Address **jplsarasota@aol.com**

Date of Birth **06-08-1951**   Sex: ☒Male ☐Female     Do You Have a Disability? ☐Yes ☒No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐Yes ☒No

ii. What is your Race? Please choose all that apply. ☐American Indian or Alaskan Native   ☐Asian   ☒White

☐Black or African American   ☐Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?   **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name **Constance F. Green**     Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105** City **Cape Coral**     State **FL** Zip Code **33904**

Home Phone **616 498 2676**   Other Phone **616 498 2676**

2. I believe that I was discriminated against by the following organization(s) (Check those that apply)

☐Employer   ☐Union   ☐Employment Agency   ☒Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**     County **Sarasota**

City **Sarasota**     State **FL** Zip **34236**   Phone **941 861 5000**

Type of Business **County government**   Job Location if different from Org Address

Human Resource Director or Owner Name **Chris Louria**     Phone **941.861.5702**

Number of Employees in the Organization at All Locations: Please Check (☒) One

☐Fewer than 15   ☐15 - 100   ☐101 - 200   ☐201 - 500   ☒More than 500 **(> 2000)**

3. Your Employment Data (Complete as much items as you are able.) Are you a federal employee? ☐Yes ☒No

Date Hired     Job Title At Hire

Pay Rate When Hired     Last or Current Pay Rate

Job Title of Date of Alleged Discrimination     Date Quit/Discharged

Name and Title of Immediate Supervisor

If Job Applicant, Date You Applied for Job **2012**   Job Title Applied For *Project Manager, Administrator III*

*Hire date : 5/1/13*     *Job Posting # 1043*

*Complaint # 18 (cont.)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: If you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   or, genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 5/1/13   Action: *Again, they hired someone in their early 50s (=51); and even though I was well qualified, they*

Name and Title of Person(s) Responsible: *Lori Carroll, hiring authority*

B. Date: 5/1/13   Action: *didn't even interview me*

Name and Title of Person(s) Responsible: *Lori Carroll, hiring authority*

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
*As is very typical of LORI CARROLL, apparently only one targetted candidate was considered, interviewed & hired*

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
*No knowledge (yet–seeking witness testimony)*

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.
*No knowledge ✱*

Of the persons in the same or similar situation as you, who was treated *better* than you?

Full Name      Race, Sex, Age, National Origin, Religion or Disability      Job Title      Description of Treatment

A. _____

B. _____

*✱ yet–seeking witness testimony.*

Of the persons in the same or similar situation as you, who was treated *worse* than you?   No Knowledge ✱
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title          Description of Incident.

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?   No Knowledge ✱
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title          Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.   NA

9.  Please check all that apply
        ☐  Yes, I have a disability
        ☐  I do not have a disability now but I did have one
        ☐  No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything? i.e. lifting, sleeping, breathing, walking, caring for yourself, working, etc?   NA

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
        ☐ Yes  ☐ No
If "Yes", what medication, medical equipment or other assistance do you use?   NA

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
        ☐ Yes  ☐ No   NA
If "Yes," when did you ask?              How did you ask- verbally or in writing?

What reason did you give to justify your need for the change?

Describe the change or assistance you wanted for your job:

How did your employer respond to your request?

✱ yet - seeking witness testimony.

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Tamarcina*                    01-13-2017
Signature                               Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE

3) ROUTINE USES

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION

*Complaint #19*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally 180 days or in some places 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." **Time clock never started** *because County never notifies of outcome of application hiring process.*

**1. Personal Information**

Last Name: *Lamancusa*   First Name: *James*   MI: *Paul*

Street or Mailing Address: *1908 SE 43rd St*   Apt or Unit #: *105*

City: *Cape Coral*   County: *Lee*   State: *FL*   Zip: *33904*

Phone Numbers: Home: *941 376 1458*   Work: *941 376 1458*

Cell: *941 376 1458*   Email Address: *jplsarasota@aol.com*

Date of Birth: *06-08-1951*   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   Are you Hispanic or Latino? ☐ Yes ☒ No

2. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☒ White

☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

3. What is your National Origin (country of origin or ancestry)? *Italy*

Please Provide The Name of A Person We Can Contact If We Are Unable To Reach You:

Name: *Constance F. Green*   Relationship: *Significant Other*

Address: *1908 SE 43rd St Apt 105*   City: *Cape Coral*   State: *FL* Zip Code: *33904*

Home Phone: *616 498 2676*   Other Phone: *616 498 2676*

2. I believe that I was discriminated against by the following organization(s): (Check those that apply.)

☐ Employer ☐ Union ☐ Employment Agency ☒ Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: *Sarasota County Board of County Commissioners*

Address: *1660 Ringling Blvd*   County: *Sarasota*

City: *Sarasota*   State: *FL* Zip: *34236*   Phone: *941 861 5000*

Type of Business: *County government*   Job Location if different from Org Address:

Human Resources Director or Owner Name: *Chris Louria*   Phone: *941 861 5702*

Number of Employees in the Organization at All Locations: Please Check One:

☐ Fewer than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500 *(> 2000)*

3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired:   Job Title At Hire:

Pay Rate When Hired:   Last or Current Pay Rate:

Job Title at Time of Alleged Discrimination:   Date Quit/Discharged:

Name and Title of Immediate Supervisor:

Case of Alleged Discrimination: Date of Alleged *2012*   Job Title Applied For: *Utility Project Manager*

*Hire Date: 3/11/13*   *Job Posting #1075*

*Complaint #19 (cont)*

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race; if you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply; if you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☐ Age ☐ Disability ☐ Nat. and Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved – genetic testing – if family medical history – or genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how did the employer obtain the genetic information?

_____

Other reason (basis) for discrimination (if applicable)

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date 3/11/13   Action: *Here's another guy in his early 50s (=54), and doesn't have an M.S. degree like me; and who*
Name and Title of Person(s) Responsible

B. Date 3/11/13   Action: *is not as qualified as me, plus I have a FL PE and he does not; yet they*
Name and Title of Person(s) Responsible   *Michael Mehan, Hiring Authority*

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
*didn't even interview me; and apparently he was the single-targeted candidate considered, interviewed and hired*

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
*No Knowledge (yet-seeking witness testimony)*

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

*No Knowledge* ✱

Of the persons in the same or similar situation as you, who was treated *better* than you?

Full Name      Race, Sex, Age, National Origin, Religion or Disability   Job Title      Description of Treatment

A. _____

B. _____

*✱ yet-seeking witness testimony.*

Of the persons in the same or similar situation as you, who was treated worse than you? *No Knowledge* *
   Full Name         Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the same as you? *No Knowledge* *
   Full Name         Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell
us if you have more than one disability.  Please add additional pages if needed.        *NA*

9.  Please check all that apply          ☐ Yes, I have a disability
                                         ☐ I do not have a disability now but I did have one
                                         ☐ No disability but the organization treats me as if I am disabled.

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability
prevent or limit you from doing anything? (e.g. lifting, sleeping, breathing, walking, caring for yourself, working, etc.)

         *NA*

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?          *NA*

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
     ☐ Yes ☐ No                                                                       *NA*
If "Yes," when did you ask?_____          How did you ask (verbally or in writing)?

Who did you ask? Provide full name and job title if person.

Describe the changes or assistance that you asked for:

How did your employer respond to your request?_____

*☀ yet - seeking witness testimony.*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_James P. Lamarcusa_                     01-13-2017
Signature                                Today's Date

PRIVACY ACT STATEMENT:

1) FORM NUMBER/TITLE/DATE.

2) PRINCIPAL PURPOSE.

3) ROUTINE USES.

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

Complaint # 20



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or 300 days *Time clock never started. When we receive this form, we will review it to determine statistics of the alleged discrimination. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A."

*because County never notifies of outcome of application hiring process.

Last Name **Lamancusa**   First Name **James**   MI **Paul**

Street or Mailing Address **1908 SE 43rd St**   Apt or Unit # **105**

City **Cape Coral**   County **Lee**   State **FL**   Zip **33904**

Phone Numbers: Home **941 376 1458**   Work **941 376 1458**

Cell **941 376 1458**   Email Address **jplsarasota@aol·com**

Date of Birth **06-08-1951**   Sex ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino?  ☐ Yes  ☑ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☑ White
☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?   **Italy**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You.

Name **Constance F. Green**   Relationship **Significant Other**

Address **1908 SE 43rd St Apt 105** City **Cape Coral**   State **FL** Zip Code **33904**

Home Phone **616 498 2676**   Other Phone **616 498 2676**

2. I believe that I was discriminated against by the following organization(s):  (Check those that apply.)
☑ Employer  ☐ Union  ☐ Employment Agency  ☑ Other (Please Specify)  **Potential Employer = Past Employer**

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name **Sarasota County Board of County Commissioners**

Address **1660 Ringling Blvd**   County **Sarasota**

City **Sarasota**   State **FL** Zip **34236**   Phone **941 861 5000**

Type of Business **County government**   Phone if different from main address

Human Resource Director or Owner Name **Chris Louria**   Phone **941 8615702**

Number of Employees in the Organization at All Locations. Please Check One:
☐ Fewer Than 15  ☐ 15 - 100  ☐ 101 - 200  ☐ 201 - 500  ☑ More than 500  **(> 2000)**

3. Your Employment Data. (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired _____   Job Title At Hire _____

Pay Rate When Hired _____   Last or Current Pay Rate _____

Job Title at Time of Alleged Discrimination _____   Date Quit/Discharged _____

Name and Title of Immediate Supervisor _____

If Job Applicant, Date You Applied for Job **2012**   Job Title Applied For   **Business Professional II
32,903
Job Posting # 989**

**Hire Date : 7/21/12**

Complaint # 20 (cont.)

4.  What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE: If you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved: genetic testing ___ family medical history ___ (in genetic services (genetic services means counseling, education or testing))

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____

Other reason (basis) for discrimination (Explain) _____

5.  What happened to you that you believe was discriminatory? (Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.

(Example: (01/30/06) Discharged by Mr. John Soto, Production Supervisor))

A.  Date 7/21/12   Action: Yet another case of a guy in his 50s (=55) being hired; and me ~~in~~ in my 60s not even being

Name and Title of Person(s) Responsible: _____

B.  Date 7/21/12   Action: brought in for an interview - AND ONCE AGAIN, LORI CARROLL HAS #

Name and Title of Person(s) Responsible: _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.

apparently hired the single targeted candidate that was considered, interviewed and hired.

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?

No Knowledge (yet-seeking witness testimony)

8.  Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

No Knowledge *

Of the persons in the same or similar situation as you, who was treated better than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

* yet-seeking witness testimony.

Of the persons in the same or similar situation as you, who was treated *worse* than you?  **No Knowledge** ✳

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?  **No Knowledge** ✳

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**NA**

9. Please check all that apply
   ☐ Yes, I have a disability
   ☐ I do not have a disability, but I did have one
   ☐ No disability, but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g. standing, sleeping, breathing, walking, eating, or general working, etc.)

**NA**

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No

**NA**

b. If Yes, what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

**NA**

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)?

Who did you ask? Provide the full name and job title of person.

Describe the changes or assistance that you asked for:

How did your employer respond to your request? _____

✳ yet - seeking witness testimony.

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

Full Name        Job Title        Address & Phone Number        What do you believe this person will tell us?

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had same discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James J. Lamancusa*                          01-13-2017
Signature                                        Today's Date

PRIVACY ACT STATEMENT
1) FORM NUMBER/TITLE/DATE
2) PRINCIPAL PURPOSE
3) ROUTINE USES
4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION

*Complaint #21*



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

*because County never notifies of outcome of application* ___ *Time clock never started.*
*hiring process.*

1. Personal Information

Last Name *Lamancusa* First Name *James* MI *Paul*

Street or Mailing Address *1908 SE 43rd St* Apt or Unit # *105*

City *Cape Coral* County *Lee* State *FL* Zip *33904*

Phone Numbers: Home *941 376 1458* Work *941 376 1458*

Cell *941 376 1458* Email Address *jplsarasota@aol.com*

Date of Birth *06-08-1951* Sex ☒Male ☐Female Do You Have a Disability? ☐Yes ☒No

Please answer both of the next three questions.   Are you Hispanic or Latino? ☐Yes ☐No

3. What is your Race?  Please choose all that apply. ☐American Indian or Alaskan Native ☐Asian ☒White
☐Black or African American ☐Native Hawaiian or Other Pacific Islander

8. What is your National Origin (country of origin or ancestry)? *Italy*

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name *Constance F. Green* Relationship *Significant Other*

Address *1908 SE 43rd St Apt 105* City *Cape Coral* State *FL* Zip Code *33904*

Home Phone *616 498 2676* Other Phone *616 498 2676*

2. I believe that I was discriminated against by the following organization(s): (Check those that apply.)
☒Employer ☐Union ☐Employment Agency ☒Other (Please Specify) *Potential Employer = Past Employer*

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name *Sarasota County Board of County Commissioners*

Address *1660 Ringling Blvd* County *Sarasota*

City *Sarasota* State *FL* Zip *34236* Phone *941 861 5000*

Type of Business *county government* Email Address (if different from organization's Address)

Human Resource Director or Owner Name *Chris Louria* Phone *941 861 5702*

Number of Employees in the Organization at All Locations: Please Check (✓) One
☐Fewer Than 15   ☐15 - 100   ☐101 - 200   ☐201 - 500   ☒More than 500 *(> 2000)*

5. Your Employment Data. Complete as many items as you are able to. Are you a federal employee? ☐Yes ☒No

Date Hired *2011* Job Title At Hire *Project Manager, Administrator III Job Posting # 707*

Pay Rate When Hired ___ Last or Current Pay Rate ___

Job Title at Time of Alleged Discrimination ___ Date Quit/Discharged ___

Name and Title of Immediate Supervisor ___

*Hire Date : 12/15/11*

Complaint # 21 (cont)

4. What is the reason/basis for your claim of employment discrimination?

FOR EXAMPLE: if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☑ Sex  ☑ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information (cases which involve some type of genetic information involved - genetic testing, or family medical history, or genetic services (genetic services means counseling, education or testing))

If you checked color, religion or national origin, please specify _____

If you checked genetic information, how could the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain) _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) also you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/06 - Discharged by Mr. Joe Soto, Production Supervisor)

A. Date: 12/15/11  Action: this is a case of a younger (= 44) non-college educated guy getting chosen over me, a
Name and Title of Person(s) Responsible:

B. Date: 12/15/11  Action: guy with his BS and MS in civil/water resources/utilities engineering and 37 years
Name and Title of Person(s) Responsible: LORI CARROLL, Hiring authority

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
engineering experience because he is the single/targetted candidate and he is allowed by LORI CARROLL to do the lil' DDS swap

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
No Knowledge (yet - seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated better than you?     No Knowledge *

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

* yet - seeking witness testimony.
of work experience for an invaluable college education
TRULY AMAZING!

Of the persons in the same or similar situation as you, who was treated worse than you? *No Knowledge* ✱
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title       Description of Treatment

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you? *No Knowledge* ✱
Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title       Description of Treatment

A.

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.    *NA*

9.  Please check all that apply          ☐ Yes, I have a disability
                                         ☐ I do not have a disability now but I did have one
                                         ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything? e.g. eating, sleeping, breathing, walking, caring for yourself, working, etc.
_____ *NA* _____

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes ☐ No                                                                      *NA*
If "Yes," what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
                                                                                      *NA*
If "Yes," when did you ask?_____    How did you ask (verbally or in writing)?

Why did you need this change or assistance to do your job?

Describe the changes or assistance you asked for?

How did your employer respond to your request?

✱ yet - seeking witness testimony.

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony*

Full Name          Job Title          Address & Phone Number          What do you believe this person will tell us?

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes   ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☐ Yes   ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: Pro Per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2   ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          01-13-2017
Signature                                              Today's Date

PRIVACY ACT STATEMENT

1) FORM NUMBER/TITLE/DATE

2) PRINCIPAL PURPOSE

3) ROUTINE USES

4) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.

*Complaint #22*



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE

*because County never notifies of outcome of application*
*Time clock never started.*
*hiring process.*

Last Name: **Laminicusa**    First Name: **James**    MI: **Paul**

Street or Mailing Address: **1908 SE 43rd St**    Apt or Unit #: **105**

City: **Cape Coral**    County: **Lee**    State: **FL**    Zip: **33904**

Phone Numbers: Home: **941 376 1458**    Work: **941 376 1458**

Cell: **941 376 1458**    Email Address: **jplsarasota@aol-com**

Date of Birth: **06-08-1951**    Sex: ☑Male ☐Female    Do You Have a Disability? ☐Yes ☑No

Are you Hispanic or Latino? ☐Yes ☑No

What is your Race? ☑American Indian or Alaskan Native ☐Asian ☑White
☐Black or African American ☐Native Hawaiian or Other Pacific Islander

What is your National Origin, country of origin or ancestry? **Italy**

Please Provide The Name of a Person We Can Contact If We Are Unable To Reach You:

Name: **Constance F. Green**    Relationship: **Significant Other**

Address: **1908 SE 43rd St. Apt 105**  City: **Cape Coral**    State: **FL**  Zip Code: **33904**

Home Phone: **616 498 2676**    Other Phone: **616 498 2676**

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☑Employer ☐Union ☐Employment Agency ☑Other (Please Specify) **Potential Employer = Past Employer**

Organization Name: **Sarasota County Board of County Commissioners**

Address: **1660 Ringling Blvd**    County: **Sarasota**

City: **Sarasota**    State: **FL**  Zip: **34236**    Phone: **941 861 5000**

Type of Business: **county government**

Human Resources Director or Owner Name: **Chris Louria**    Phone: **941.861.5702**

Number of Employees in the Organization at All Locations: Please Check One:
☐Fewer than 15   ☐15 - 100   ☐101 - 200   ☐201 - 500   ☑More than 500 **(>2000)**

3. Your Employment Data. (Are you a federal employee? ☐Yes ☑No)

Job Title at Time of Alleged Discrimination: **2011**    Job Title Applied For: **Stormwater Engineer**

**Date Hired: 2011**    **Molly Williams Hired.**
**Job Posting #**

**Complaint # 22 (cont.)**

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information, circle which type(s) of genetic information is involved i. genetic testing ii. family medical history iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: ~4/12/2011, got hired   Action: In this case, a young woman (early 40s) got hired over me, the better educated

Name and Title of Person(s) Responsible: Saal Eastman? (Hiring Authority)

B. Date: and experienced old guy (60s) — civil/environmental water resources engineer   Action:

Name and Title of Person(s) Responsible: Not sure?

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_____

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

No knowledge (yet — seeking witness testimony)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

No knowledge ✱

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

B. _____

✱ yet — seeking witness testimony.

persons in the same or similar situation as you, who was treated *worse* than you?  *No Knowledge* ✳
Name          Race, Sex, Age, National Origin, Religion or Disability     Job Title          Description of Treatment

persons in the same or similar situation as you, who was treated the *same* as you?  *No Knowledge* ✳
Name          Race, Sex, Age, National Origin, Religion or Disability     Job Title          Description of Treatment

questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell
r have more than one disability.  Please add additional pages if needed.                    *NA*

e check all that apply                    ☐  Yes, I have a disability.
                                          ☐  I do not have a disability, however I did have one
                                          ☐  No disability, but the organization treats me as if I am disabled

at is the disability that you believe is the reason for the adverse action taken against you?  Does this disability
it limit you from doing anything? (e.g. eating, sleeping, standing, walking, caring for yourself, working, etc
                        *NA*

ou use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
es  ☐  No
what medication, medical equipment or other assistance do you use?                    *NA*

ou ask your employer for any changes or assistance to do your job because of your disability?
s  ☐  No
when did you ask?                                                     *NA*

ou ask?  (Provide of name and job title of person)

he changes or assistance that you asked for?

our employer respond to your request?

t - *seeking witness testimony*

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

*will be seeking witness testimony.*

Full Name        Job Title        Address & Phone Number        What do you believe this person will be say

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: *will be filing complaint in Sarasota County Circuit Court 01-13-17*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Have had some discussion with attorney yet; no one retained yet. Circuit Court Filing: pro per*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*James P. Famarcusa*
Signature

*01-13-2017*
Today's Date

PRIVACY ACT STATEMENT

1. FORM NUMBER/TITLE/DATE

2. PRINCIPAL PURPOSE.

3. ROUTINE USES.

4. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.